# PROCEEDING MEMO

**Date:** 05/15/2017 01:30 pm

**In re:** Iftikhar A Malik and Nasreen Malik

**Bankruptcy No.** 16-23808-CMB
**Chapter:** 7
**Doc. #** 113
**Posted on EASI**

**Appearances:**

**Movant(s):** Eric E. Bononi ✓

**Respondent(s):** David Fuchs ✓

**Creditor(s):**

**Nature of Proceeding:** #113 Motion to Sell Property Free and Clear of Liens under Section 363(f) Re: Real Property - Vacant Lot located in the Borough of Coraopolis

**Additional Pleadings:** #116,118 Certificate of Service; #117 Exhibit to Motion to Sell; #124 Proof of Publication in Post Gazette; #126 Pittsburgh Legal Journal; #128 CNO

**Judge's Notes:** advertised — no objections — no higher bids

**Outcome:**

✓ Motion is GRANTED ✓ Order Entered

___ Motion is DENIED ___ Order entered

___ Motion WITHDRAWN

___ Motion is DISMISSED ___ Order entered

___ Reschedule for Proper Service

___ Case DISMISSED ___ Order entered

___ Parties to submit Order/Settlement/Stipulation by ___ days

___ CONTINUED MATTER: ___ for at least ___ days (Court to Issue Order)

___ ISSUE EVIDENTIARY HEARING NOTCE

___ Discovery time needed ___ days

___ Briefs to be filed:    Movant(s) brief due ___ days
Respondent(s) brief due ___ days
Trustee's brief due ___ days

Carlota M. Böhm
U.S. Bankruptcy Court

**FILED**
MAY 15 2017
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA