# PROCEEDING MEMO

**Date:** 05/15/2017 01:30 pm

**In re:** Iftikhar A Malik and Nasreen Malik

Bankruptcy No. 16-23808-CMB
Chapter: 7
Doc. # 120
Posted on EASI

**Appearances:**

**Movant(s):** Eric E. Bononi ✓
David Fuchs ✓

**Respondent(s):**

**Creditor(s):**

**Nature of Proceeding:** #120 Motion to Sell Property Free and Clear of Liens under Section 363(f) Re: Real Property - Four Parcels of Land Located in the 17th Ward in the City of Pittsburgh

**Additional Pleadings:** #123 Certificate of Service; #125 Proof of Publication in Post Gazette; #127 Proof of Publication in Pittsburgh Legal Journal; #129 CNO

**Judge's Notes:**
- advertised
- no obj.
- no higher bids

**Outcome:**

✓ Motion is GRANTED  ✓ Order Entered

___ Motion is DENIED ___ Order entered

___ Motion WITHDRAWN

___ Motion is DISMISSED ___ Order entered

___ Reschedule for Proper Service

___ Case DISMISSED ___ Order entered

___ Parties to submit Order/Settlement/Stipulation by ___ days

___ CONTINUED MATTER: ___ for at least ___ days (Court to Issue Order)

___ ISSUE EVIDENTIARY HEARING NOTCE

___ Discovery time needed ___ days

___ Briefs to be filed:   Movant(s) brief due ___ days
Respondent(s) brief due ___ days
Trustee's brief due ___ days

**FILED**
MAY 15 2017
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

Carlota M. Böhm
U.S. Bankruptcy Court