UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | BANKRUPTCY NO: 16-23808-CMB |
| IFTIKHAR A. MALIK and NASREEN MALIK, | CHAPTER 7 |
| DEBTOR. | Related to: DOC. NO. 131 |
| UNITED STATES TRUSTEE, | |
| MOVANT, | ~~HEARING DATE AND TIME~~: |
| v. | |
| IFTIKHAR A. MALIK and NASREEN MALIK, | ~~RESPONSE DEADLINE~~: |
| RESPONDENTS. | |

Consent
ORDER OF COURT

AND NOW, on this ___16th___ day of ___May___, 2017,

it appearing that the United States Trustee has filed a motion to extend the time for the filing of a complaint objecting to discharge pursuant to 11 U.S.C. § 727 and a motion to dismiss pursuant to 11 U.S.C. § 707(b)(3);

and that sufficient cause for the extension exists;

the period for the filing of a complaint objecting to discharge pursuant to 11 U.S.C. § 727 and a motion to dismiss pursuant to 11 U.S.C. § 707(b)(3) is hereby extended to August 15, 2017.

CARLOTA M. BÖHM
UNITED STATES BANKRUPTCY COURT

FILED
5/16/17 2:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                              Case No. 16-23808-CMB
Iftikhar A Malik                                                    Chapter 7
Nasreen Malik
        Debtors                        CERTIFICATE OF NOTICE
District/off: 0315-2          User: amaz                  Page 1 of 3                  Date Rcvd: May 16, 2017
                              Form ID: pdf900             Total Noticed: 56


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2017.
db/jdb         +Iftikhar A Malik,    Nasreen Malik,    132 Peppergrass Road,    Baden, PA 15005-2564
cr             +City and School District of Pittsburgh,    c/o Jeffrey R. Hunt, Esquire,
                437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA   15219,
                UNITED STATES OF AMERICA 15219-6101
cr             +Concetta and Michael Crea,    960 Penn Avenue,    Suite 1200,    Pittsburgh, PA 15222-3826
cr             +County of Allegheny,    Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
                Frick Building,    Pittsburgh, PA 15219-6101
cr             +Greater Northern Community Investment Group, Inc.,    c/o Robert O Lampl Law Office,
                960 Penn Avenue,    Suite 1200,   Pittsburgh, PA 15222-3826
cr             +JPMorgan Chase Bank, National Association as servi,    3415 Vision Drive,
                Columbus, OH 43219-6009
cr             +Office of Attorney General Department of Revenue,    Robert C. Edmundson,    564 Forbes Avenue,
                Pittsburgh, PA 15219-2908
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                Pittsburgh, PA 15233-1828
cr             +Pittsburgh Water and Sewer Authority,    Goehring, Rutter & Boehm,
                437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
cr             +Red Rock Collections, LLC,    c/o Robert O Lampl Law Office,    960 Penn Avenue,    Suite 1200,
                Pittsburgh, PA 15222-3826
cr             +Woodland Hills School District,    Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
                Frick Building,    Pittsburgh, PA 15219-6101
14335711        American Express Bank FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14303823       +Amex,   Correspondence,    Po Box 981540,   El Paso, TX 79998-1540
14303824       +Aspen Coll,    Pob 10689,   Brooksville, FL 34603-0689
14303825       #+Bank Of America,    Nc4-105-03-14,   Po Box 26012,    Greensboro, NC 27420-6012
14341226       +Blumling & Swartz, LLC,    c/o Robert O Lampl Law Office,    960 Penn Avenue, Suite 1200,
                Pittsburgh, PA 15222-3826
14303832       ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
               (address filed with court: Collection Service Cen,     Attn:Collection Center,    Po Box 14931,
                Pittsburgh, PA 15234)
14303826       +Capital One,    Po Box 30285,   Salt Lake City, UT 84130-0285
14303828        Chase Mtg,    Po Box 24696,   Columbus, OH 43224-0696
14303829       +Citibank / Sears,    Citicard Credit Srvs/Centralized Bankrup,    Po Box 790040,
                Saint Louis, MO 63179-0040
14303830       +Citibank Sears,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                Saint Louis, MO 63179-0040
14303831       +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                Saint Louis, MO 63179-0040
14385905       +City and School District of Pittsburgh,    Goehring, Rutter & Boehm,
                c/o Jeffrey R. Hunt, Esquire,    437 Grant Street, 14th Floor,    Frick Building,
                Pittsburgh, PA 15219-6101
14303833        Comenity Bank/Express,    Po Box 18215,   Columbus, OH 43218
14303834       +Comenity Bank/nwyrk&co,    220 W Schrock Rd,   Westerville, OH 43081-2873
14341227       +Concetta Crea and Michael Crea,    c/o Robert O Lampl Law Office,    960 Penn Avenue, Suite 1200,
                Pittsburgh, PA 15222-3826
14385907       +County of Allegheny,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14303835       +Credit First/CFNA,    Bk13 Credit Operations,    Po Box 818011,    Cleveland, OH 44181-8011
14361126       +First National Bank of Pennsylvania,    c/o Donna Donaher,    One North Shore Center,
                12 Federal Street, 1st Floor,    Pittsburgh, PA 15212-5752
14341229        Greater Northern Community Inv. Group, Inc.; Red R,    c/o Robert o Lampl Law Office,
                960 Penn Avenue, Suite 1200,    Pittsburgh, PA 15222-3826
14303837       +Nissan Acceptance Co,    Pob 660366,   Dallas, TX 75266-0366
14303838       +Nissan Motor Acceptanc,    Po Box 660360,   Dallas, TX 75266-0360
14311847       +North Allegheny School District,    c/o Maiello Brungo & Maiello, LLP,
                100 Purity Road, Suite 3,    Pittsburgh, PA 15235-4441
14303840        PNC Bank,    249 5th Sve Ste 30,   Pittsburgh, PA 15222
14303842       +PNC Bank Credit Card,    Po Box 5570,    Mailstop BR- YB58-01-5,    Cleveland, OH 44101-0570
14307612       +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14311845       +Penn Hills Municipality,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
                Pittsburgh, PA 15235-4441
14311846       +Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
                Pittsburgh, PA 15235-4441
14385909       +Pittsburgh Water & Sewer Authority,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14303841       +Pnc Bank,    2730 Liberty Ave,   Pittsburgh, PA 15222-4747
14401495       +Steel Valley School District,    c/o Legal Tax Service,    714 Lebanon Road,
                West Mifflin, PA 15122-1030
14303846       +Target,    C/O Financial & Retail Services,    Mailstop BT PO Box 9475,
                Minneapolis, MN 55440-9475
14303847       +Visa Dept Store National Bank,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
14303848       +Wells Fargo Auto Finance,    Attn: Bankruptcy 2nd Floor,    13675 Technology Dr,
                Eden Prairie, MN 55344-2252
```

```
District/off: 0315-2           User: amaz                  Page 2 of 3                   Date Rcvd: May 16, 2017
                               Form ID: pdf900             Total Noticed: 56


14385912       +Woodland Hills School District,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14303822        E-mail/Text: ebnbankruptcy@ahm.honda.com May 17 2017 01:00:24      American Honda Finance,
                 Po Box 168088,    Irving, TX 75016
14303821       +E-mail/Text: ally@ebn.phinsolutions.com May 17 2017 00:59:49      Ally Financial,
                 Po Box 380901,    Bloomington, MN 55438-0901
14316490        E-mail/Text: ally@ebn.phinsolutions.com May 17 2017 00:59:49      Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
14303827       +E-mail/Text: bk.notifications@jpmchase.com May 17 2017 00:59:56      Chase Auto Finance,
                 National Bankruptcy Dept,    201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
14307716        E-mail/Text: mrdiscen@discover.com May 17 2017 00:59:49      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
14303836       +E-mail/Text: mrdiscen@discover.com May 17 2017 00:59:49      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
14303839       +E-mail/Text: bnc@nordstrom.com May 17 2017 00:59:51      Nordstrom Fsb,    Correspondence,
                 Po Box 6555,    Englewood, CO 80155-6555
14308507        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 17 2017 01:00:06
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA   17128-0946
14303843       +E-mail/PDF: gecsedi@recoverycorp.com May 17 2017 00:51:24      Synchrony Bank/ JC Penneys,
                 Po Box 965064,    Orlando, FL 32896-5064
14303844       +E-mail/PDF: gecsedi@recoverycorp.com May 17 2017 00:51:50      Synchrony Bank/ Old Navy,
                 Po Box 965064,    Orlando, FL 32896-5064
14303845       +E-mail/PDF: gecsedi@recoverycorp.com May 17 2017 00:51:38      Synchrony Bank/Lowes,
                 Po Box 965064,    Orlando, FL 32896-5064
                                                                                               TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Duquesne Light Company
cr             JPMORGAN CHASE BANK, N.A.
cr             Municipality Of Penn Hills
cr             Nissan Motor Acceptance Corporation
cr*           +Blumling & Swartz, LLC,    c/o Robert O Lampl Law Office,    960 Penn Avenue,   Suite 1200,
                 Pittsburgh,, PA 15222-3826
cr*           +North Allegheny School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road,
                 Suite 3,   Pittsburgh, PA 15235-4441
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr*           +Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road,   Suite 3,
                 Pittsburgh, PA 15235-4441
14341228*     +Concetta Crea and Michael Crea,    c/o Robert O Lampl Law Office,    960 Penn Avenue, Suite 1200,
                 Pittsburgh, PA 15222-3826
14341230*     +Greater Northern Community Inv. Group, Inc., Red R,    c/o Robert O Lampl Law Office,
                 960 Penn Avenue, Suite 1200,    Pittsburgh, PA 15222-3826
                                                                                              TOTALS: 4, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2017                                  Signature:  /s/Joseph Speetjens

---

**CM/ECF NOTICE OF ELECTRONIC FILING**

```
District/off: 0315-2                   User: amaz                    Page 3 of 3                   Date Rcvd: May 16, 2017
                                       Form ID: pdf900               Total Noticed: 56
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2017 at the address(es) listed below:

```
              David A. Scott    on behalf of Creditor    Nissan Motor Acceptance Corporation scott@lg-law.com
              Eric E Bononi    on behalf of Plaintiff Eric E. Bononi bankruptcy@bononilaw.com
              Eric E. Bononi    on behalf of Plaintiff Eric E. Bononi bankruptcy@bononilaw.com, pa69@ecfcbis.com
              Eric E. Bononi    bankruptcy@bononilaw.com, pa69@ecfcbis.com
              Eric E. Bononi    on behalf of Trustee Eric E. Bononi bankruptcy@bononilaw.com, pa69@ecfcbis.com
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Woodland Hills School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water and Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
              Jennifer L. Cerce    on behalf of Creditor    Municipality Of Penn Hills jlc@mbm-law.net
              Jennifer L. Cerce    on behalf of Creditor    North Allegheny School District jlc@mbm-law.net
              Kevin Scott Frankel    on behalf of Creditor    JPMorgan Chase Bank, National Association as
               servicer for PNC Bank, N.A. pabk@logs.com
              Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
               larry.e.wahlquist@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Robert C. Edmundson    on behalf of Creditor    Office of Attorney General Department of Revenue
               redmundson@attorneygeneral.gov
              Robert O Lampl    on behalf of Creditor    Red Rock Collections, LLC rol@lampllaw.com,
               jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.
               com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com
              Robert O Lampl    on behalf of Creditor Concetta and Michael  Crea rol@lampllaw.com,
               jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.
               com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com
              Robert O Lampl    on behalf of Creditor    Greater Northern Community Investment Group, Inc.
               rol@lampllaw.com,
               jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.
               com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com
              Robert O Lampl    on behalf of Creditor    Blumling & Swartz, LLC rol@lampllaw.com,
               jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.
               com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Stephen J. Jurman    on behalf of Defendant Nasreen  Malik stephen@jurmanlaw.com,
               jurmanlaw@gmail.com
              Stephen J. Jurman    on behalf of Joint Debtor Nasreen  Malik stephen@jurmanlaw.com,
               jurmanlaw@gmail.com
              Stephen J. Jurman    on behalf of Debtor Iftikhar A Malik stephen@jurmanlaw.com,
               jurmanlaw@gmail.com
              Stephen J. Jurman    on behalf of Defendant Iftikhar A Malik stephen@jurmanlaw.com,
               jurmanlaw@gmail.com
                                                                                             TOTAL: 27
```