IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Iftikhar A. Malik, and Nasreen Malik ,<br>    Debtor(s) | Bankruptcy No. 16-23808-CMB |
| Eric E. Bononi, Trustee,<br>    Movant<br>                    v.<br>Iftikhar A. Malik, Nasreen Malik, Malik Food Inc., Malik & Malik Enterprises, Inc., John H. Auld III, Esq.,<br>    Respondent(s) | Chapter 7<br><br>Related Document 141 |

**CERTIFICATE OF SERVICE OF TRUSTEE'S
SETTLEMENT AND CERTIFICATION OF COUNSEL REGARDING
COMPLAINT FOR TURNOVER AND DEFAULT ORDER**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below on June 12, 2017.

    The type(s) of service made on the parties was: First-Class Mail.

**Service by First-Class Mail:**

IFTIKHAR A MALIK
132 PEPPERGRASS ROAD
BADEN, PA 15005

NASREEN MALIK
132 PEPPERGRASS ROAD
BADEN, PA 15005

MALIK & MALIK ENTERPRISES, INC.
132 PEPPERGRASS ROAD
BADEN, PA 15005

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

STEPHEN J. JURMAN
1729 YORKTOWN PLACE
PITTSBURGH, PA 15235

MALIK FOOD, INC.
132 PEPPERGRASS ROAD
BADEN, PA 15005

JOHN H. AULD, II, ESQ.
ABERNETHY, AULD AND YOUNG, P.C.
4499 MOUNT ROYAL BOULEVARD
ALLISON PARK, PA 15101

EXECUTED ON:  June 12, 2017

                                                          By:    */s/ Eric E. Bononi*
                                                                   Eric E. Bononi, Esquire
                                                                   20 N. Pennsylvania Ave, Suite 201
                                                                   Greensburg, PA  15601-2337
                                                                   bankruptcy@bononilaw.com
                                                                   (724) 832-2499
                                                                   PA ID# 44730

**PAWB Local Form 7 (07/13)**