IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Iftikhar A. Malik and Nasreen Malik,<br>    Debtor(s) | Bankruptcy No. 16-23808-CMB |
| Eric E. Bononi, Trustee of the Bankruptcy Estate of<br>Iftikhar A. Malik and Nasreen Malik ,<br>    Plaintiff | Chapter 7<br><br>Related to Document No. 144 |
| v. | |
| Iftikhar A. Malik and Nasreen Malik, Malik Food Inc.,<br>Malik & Malik Enterprises, Inc., John H. Auld II, Esq.,<br>    Defendant(s) | Hearing Date & Time: Thursday, July 20, 2017 at 1:30 PM |

## NOTICE OF HEARING WITH RESPONSE DEADLINE ON
## TRUSTEE'S MOTION TO APPROVE SETTLEMENT

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than Wednesday, July 12, 2017, in accordance with the Federal Rules Of Bankruptcy Procedure, Local Rules And Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on Thursday, July 20, 2017 at 1:30 PM before Judge Carlota M. Böhm in Courtroom B, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

DATE OF SERVICE: June 19, 2017

Respectfully submitted,

 */s/ Eric E. Bononi*
Eric E. Bononi, Esquire
20 N. Pennsylvania Ave, Suite 201
Greensburg, PA  15601-2337
bankruptcy@bononilaw.com
(724) 832-2499
PA ID# 44730