IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Iftikhar A Malik, Nasreen Malik,<br>    Debtor(s) | Bankruptcy No. 16--23808-CMB |
| Eric E. Bononi, Trustee,<br>    Movant<br>             v.<br>Iftikhar A Malik, Nasreen Malik,<br>    Respondent(s) | Chapter 7<br><br>Related to Document No. 144, 145<br><br>Hearing Date & Time: Thursday, July 20, 2017 at 1:30 PM |

**CERTIFICATE OF NO OBJECTION OF TRUSTEE'S
MOTION TO APPROVE SETTLEMENT
AT DOCKET NUMBER 144**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion To Approve Settlement filed on June 20, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion To Approve Settlement appears thereon. Pursuant to the Notice of Hearing, objections to the Motion To Approve Settlement were to be filed and served no later than July 12, 2017.

It is hereby respectfully requested that the Order attached to the Motion To Approve Settlement be entered by the Court.

DATE: July 13, 2017

Prepared by:
Eric E. Bononi, Esq.

Respectfully submitted,

*/s/ Eric E. Bononi*
Eric E. Bononi, Esquire
20 N. Pennsylvania Ave, Suite 201
Greensburg, PA  15601-2337
bankruptcy@bononilaw.com
(724) 832-2499
PA ID# 44730