IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Iftikhar A. Malik and Nasreen Malik,<br>        Debtor(s)<br><br>Eric E. Bononi, Trustee of the Bankruptcy Estate of<br>Iftikhar A. Malik and Nasreen Malik,<br>        Plaintiff<br>                            v.<br>Iftikhar A. Malik and Nasreen Malik, Malik Food Inc.,<br>Malik & Malik Enterprises, Inc., John H. Auld II, Esq.,<br>        Defendant(s) | Bankruptcy No. 16-23808-CMB<br><br>Chapter 7<br><br>Related to Document No. 144, 153 |

**CERTIFICATE OF SERVICE OF TRUSTEE'S
MOTION TO APPROVE SETTLEMENT, AND COURT ORDER GRANTING THE MOTION**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below and on the attached list on July 14, 2017.

The type(s) of service made on the parties was: First-Class Mail.

**Service by First-Class Mail:**

IFTIKHAR A MALIK
132 PEPPERGRASS ROAD
BADEN, PA 15005

NASREEN MALIK
132 PEPPERGRASS ROAD
BADEN, PA 15005

MALIK & MALIK ENTERPRISES, INC.
132 PEPPERGRASS ROAD
BADEN, PA 15005

STEPHEN J. JURMAN
1729 YORKTOWN PLACE
PITTSBURGH, PA 15235

MALIK FOOD, INC.
132 PEPPERGRASS ROAD
BADEN, PA 15005

JOHN H. AULD, II, ESQ.
ABERNETHY, AULD AND YOUNG, P.C.
4499 MOUNT ROYAL BOULEVARD
ALLISON PARK, PA 15101

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

    AND ALL PARTIES AND CREDITORS LISTED ON THE CLERK'S OFFICE MAILING MATRIX

EXECUTED ON:  July 14, 2017

By:    */s/ Eric E. Bononi*
        Eric E. Bononi, Esquire
        20 N. Pennsylvania Ave, Suite 201
        Greensburg, PA  15601-2337
        bankruptcy@bononilaw.com
        (724) 832-2499
        PA ID# 44730

**PAWB Local Form 7 (07/13)**