IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Iftikhar A. Malik and Nasreen Malik,<br>    Debtor(s)<br><br>Eric E. Bononi, Trustee of the Bankruptcy Estate of<br>Iftikhar A. Malik and Nasreen Malik,<br>    Plaintiff<br>        v.<br>Iftikhar A. Malik and Nasreen Malik, Malik Food Inc.,<br>Malik & Malik Enterprises, Inc., John H. Auld II, Esq.,<br>    Defendant(s) | Bankruptcy No. 16-23808-CMB<br><br>Chapter 7<br><br>Related to Document No. 144<br><br>**ENTERED BY DEFAULT** |

### ORDER OF COURT

AND NOW, this __13th__ day of _____July_____, 2017, upon consideration of Plaintiff's Complaint for Turnover and the subsequent Default Order entered on this matter, it is hereby ORDERED and DECREED that Attorney John H. Auld, II turnover $26,000.00 that is being held in escrow by Attorney John H. Auld, II immediately to Eric E. Bononi, Trustee of the Bankruptcy Estate of Iftikhar A. Malik and Nasreen Malik. Trustee Eric E. Bononi is directed to disburse the escrow funds in accordance with the applicable escrow terms and conditions that are set forth in the Purchase and Sale Agreements between Star K. E., LLC and Malik & Malik Enterprises, Inc. and between Star K. E., LLC and Malik Food, Inc. of June 2016. The terms of this Order shall supersede those of the Default Order of March 22, 2017.

BY THE COURT:

_Carlota M. Böhm_  kmt
CARLOTA BÖHM
UNITED STATES BANKRUPTCY JUDGE

*/s/ Eric E. Bononi*
Eric E. Bononi, Esquire
20 N. Pennsylvania Ave, Suite 201
Greensburg, PA 15601-2337
bankruptcy@bononilaw.com
(724) 832-2499
PA ID# 44730

*/s/ Robert W. Koehler*_____
Robert W. Koehler, Esquire
Attorney for John H. Auld, II
564 Forbes Avenue
Pittsburgh PA 15219
PA ID 32780

FILED
7/13/17 5:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

1

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Iftikhar A Malik
Nasreen Malik
    Debtors

Case No. 16-23808-CMB
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: kthe     Page 1 of 2     Date Rcvd: Jul 14, 2017
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2017.
db/jdb        +Iftikhar A Malik,    Nasreen Malik,    132 Peppergrass Road,    Baden, PA 15005-2564

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2017           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2017 at the address(es) listed below:
       David A. Scott    on behalf of Creditor    Nissan Motor Acceptance Corporation scott@lg-law.com
       Eric E Bononi    on behalf of Plaintiff Eric E. Bononi bankruptcy@bononilaw.com
       Eric E. Bononi    on behalf of Plaintiff Eric E. Bononi bankruptcy@bononilaw.com, pa69@ecfcbis.com
       Eric E. Bononi    bankruptcy@bononilaw.com, pa69@ecfcbis.com
       Eric E. Bononi    on behalf of Trustee Eric E. Bononi bankruptcy@bononilaw.com, pa69@ecfcbis.com
       James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
       Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com, cnoroski@grblaw.com
       Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com, cnoroski@grblaw.com
       Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water and Sewer Authority jhunt@grblaw.com, cnoroski@grblaw.com
       Jeffrey R. Hunt    on behalf of Creditor    Woodland Hills School District jhunt@grblaw.com, cnoroski@grblaw.com
       Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
       Jennifer L. Cerce    on behalf of Creditor    Municipality Of Penn Hills jlc@mbm-law.net
       Jennifer L. Cerce    on behalf of Creditor    North Allegheny School District jlc@mbm-law.net
       Kevin Scott Frankel    on behalf of Creditor    JPMorgan Chase Bank, National Association as servicer for PNC Bank, N.A. pabk@logs.com
       Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee larry.e.wahlquist@usdoj.gov
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;dschimizzi@bernsteinlaw.com;acarr@bernsteinlaw.com;cabbott@ecf.courtdrive.com
       Robert C. Edmundson    on behalf of Creditor    Office of Attorney General Department of Revenue redmundson@attorneygeneral.gov
       Robert O Lampl    on behalf of Creditor Concetta and Michael Crea rol@lampllaw.com, jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com
       Robert O Lampl    on behalf of Creditor    Greater Northern Community Investment Group, Inc. rol@lampllaw.com, jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com
       Robert O Lampl    on behalf of Creditor    Blumling & Swartz, LLC rol@lampllaw.com, jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com
       Robert O Lampl    on behalf of Creditor    Red Rock Collections, LLC rol@lampllaw.com, jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com

```
District/off: 0315-2          User: kthe              Page 2 of 2              Date Rcvd: Jul 14, 2017
                              Form ID: pdf900         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
        Stephen J. Jurman   on behalf of Joint Debtor Nasreen  Malik stephen@jurmanlaw.com, jurmanlaw@gmail.com
        Stephen J. Jurman   on behalf of Debtor Iftikhar A Malik stephen@jurmanlaw.com, jurmanlaw@gmail.com
        Stephen J. Jurman   on behalf of Defendant Iftikhar A Malik stephen@jurmanlaw.com, jurmanlaw@gmail.com
        Stephen J. Jurman   on behalf of Defendant Nasreen  Malik stephen@jurmanlaw.com, jurmanlaw@gmail.com

        TOTAL: 27