IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Iftikhar A Malik, Nasreen Malik,<br>    Debtor(s)<br><br>Eric E. Bononi, Trustee,<br>    Movant<br>               v.<br>Iftikhar A Malik, Nasreen Malik, and Bahram Panahiazar,<br>    Respondent(s) | Bankruptcy No. 16-23808-CMB<br><br>Chapter 7<br><br>Related to Document No. 159<br><br>Hearing Date & Time: Tuesday, August 22, 2017 at 1:30 PM |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON
TRUSTEE'S MOTION TO SELL PROPERTY FREE AND DIVESTED OF LIENS AND ENCUMBRANCES**

TO THE RESPONDENT(S):

    You are hereby notified that the Movant seeks an order affecting your rights or property.

    You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than Thursday, August 10, 2017, in accordance with the Federal Rules Of Bankruptcy Procedure, Local Rules And Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

    You should take this Notice and the Motion to a lawyer at once.

    A hearing will be held on Tuesday, August 22, 2017 at 1:30 PM before Judge Carlota M. Böhm in Courtroom B, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

|  |  |
|---|---|
| DATE OF SERVICE: July 20, 2017 | Respectfully submitted,<br><br>*/s/ Eric E. Bononi*<br>Eric E. Bononi, Esquire<br>20 N. Pennsylvania Ave, Suite 201<br>Greensburg, PA  15601-2337<br>bankruptcy@bononilaw.com<br>(724) 832-2499<br>PA ID# 44730 |