IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Iftikhar A. Malik, Nasreen Malik,<br>    Debtor(s) | Bankruptcy No. 16-23808-CMB<br><br>Chapter 7 |
| Eric E. Bononi, Trustee,<br>    Movant<br>            v.<br>    No Respondent(s) | Related to Document No. 149<br><br>Hearing Date & Time: Tuesday, August 22, 2017 at 1:30 PM |

**CERTIFICATE OF NO OBJECTION OF TRUSTEE'S
MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS UNDER SECTION 363(F)
AT DOCKET NUMBER 149**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Sell Property Free and Clear of Liens under Section 363(f) filed on July 13, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Sell Property Free and Clear of Liens under Section 363(f) appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Sell Property Free and Clear of Liens under Section 363(f) were to be filed and served no later than August 1, 2017.

It is hereby respectfully requested that the Order attached to the Motion to Sell Property Free and Clear of Liens under Section 363(f) be entered by the Court.

DATE: August 2, 2017

Prepared by:
Eric E. Bononi, Esq.

Respectfully submitted,

*/s/ Eric E. Bononi*
Eric E. Bononi, Esquire
20 N. Pennsylvania Ave, Suite 201
Greensburg, PA  15601-2337
bankruptcy@bononilaw.com
(724) 832-2499
PA ID# 44730

**PAWB Local Form 25 (07/13)**