*Beaver County Legal Journal*

Beaver, Pennsylvania
Official Legal Publication of Beaver County

Beaver, Pa.  July 31, 2017

State of Pennsylvania   } ss:
County of Beaver

SUELLEN M. VERLIHAY of the BEAVER COUNTY LEGAL JOURNAL, of the County and State aforesaid being duly sworn, deposes and says that the BEAVER COUNTY LEGAL JOURNAL, official legal publication of Beaver County, published at 788 Turnpike Street, Borough of Beaver, County and State aforesaid, was established March 25, 1939, since which date the BEAVER COUNTY LEGAL JOURNAL has been regularly issued in said County, and that the printed notice of publication attached hereto is exactly the same as printed and published in the regular editions and issues of the said BEAVER COUNTY LEGAL JOURNAL on the following dates, viz: **29th** day **July** of A.D. 2017.

Affiant further deposes that she is the agent of the BEAVER COUNTY LEGAL JOURNAL, the official legal publication of Beaver County, to verify the foregoing statement under oath, and affiant is not interested in the subject matter of the aforesaid notice of advertisement, and that all allegations in the foregoing statements as to time, place and character of publication are true.

_____
Beaver County Legal Journal

Sworn to and subscribed before me this
31st day of July, 2017
Notary Public _____
My Commission Expires:

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Merry Beth Sylvester, Notary Public
Beaver Boro, Beaver County
My Commission Expires July 12, 2020
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

**Copy of Notice of Publication**

**BANKRUPTCY SALE**
In re: The Bankruptcy Estate of Iftikhar A. Malik, and Nasreen Malik, Case No: 16-23808-CMB
2004 Toyota 4 Runner
Sale to be held: Tuesday, August 22, 2017, 1:30 PM, Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. *We have received an offer of $1,201.00.*
*HIGHER AND BETTER OFFERS WILL BE CONSIDERED AT THE HEARING.*
CONTACT: Eric E. Bononi, 20 N Pennsylvania Ave., Suite 201, Greensburg, PA 15601, (724) 832-2499
http://www.pawb.uscourts.gov/easi.htm

july 29

**STATEMENT OF ADVERTISING COSTS:**

Eric E. Bononi, Esquire
20 N. Pennsylvania Avenue, Suite 201
Greensburg, PA 15601

For publishing the notice attached hereto on the above
stated date(s) . . . . . . . . . . . . . . . . . . . . . $ 75.00
Total . . . . . . . . . . . . . . . . . . . . . . . . . $ 75.00

**PUBLISHER'S RECEIPT FOR ADVERTISING COSTS**

BEAVER COUNTY BAR ASSOCIATION, publisher of the BEAVER COUNTY LEGAL JOURNAL, the official legal publication of Beaver County, hereby acknowledges receipt of the aforesaid notice and publication costs and certifies that the same have been duly paid.

BEAVER COUNTY BAR ASSOCIATION, Publisher
By _____
of the BEAVER COUNTY LEGAL JOURNAL

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Mary Beth Lancaster Notary Public
Beaver Boro, Beaver County
My Commission Expires July 12, 2020
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES