IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) Bankruptcy No.: 16-23808-CMB |
| IFTIKHAR A. MALIK and NASREEN MALIK, | ) |
| | ) Chapter 13 |
| Debtors. | ) Related to Document No. 159 |
| | ) |
| | ) Hearing Date and Time: |
| ERIC E. BONONI, Trustee, | ) Tuesday August 22, 2017 at 1:30 P.M. |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) |
| | ) |
| IFTIKHAR A. MALIK and NASREEN MALIK, and BAHRAM PANAHIAZAR | ) |
| | ) |
| Respondents. | ) |

**LIMITED RESPONSE OF THE COUNTY OF ALLEGHENY, CITY AND SCHOOL DISTRICT OF PITTSBURGH, WOODLAND HILLS SCHOOL DISTRICT, AND PITTSBURGH WATER AND SEWER AUTHORITY TO MOTION TO SELL PROPERTY FREE AND DIVESTED OF LIENS, AND ENCUMBRANCES**

AND NOW, come the County of Allegheny, City and School District of Pittsburgh, Woodland Hills School District, and the Pittsburgh Water and Sewer Authority, by and through its Counsel, Goehring, Rutter & Boehm, Jeffrey R. Hunt, Esquire, and Christina L. Preville, Esquire and respectfully file this Limited Response:

1. On October 10, 2016, Iftikhar A. Malik and Nasreen Malik ("Debtors") filed the within Chapter 13 bankruptcy case. This case was converted to Chapter 7 on November 15, 2016.

2. The Debtors own a one-half interest in the following parcels of real property situate within the County of Allegheny, Pennsylvania (collectively, the "Properties"):

    A. 318 Jucunda Street, Pittsburgh, PA 15210 (Block and Lot 14-K-201)

    B. 209 Jucunda Street, Pittsburgh, PA 15210 (Block and Lot 14-K-148)

    C. 38 Prospect Avenue Turtle Creek, PA 15145 (Block and Lot 375-D-110)

  D. 7522 Elk Road Pittsburgh, PA 15235 (Block and Lot 173-M-30)

  E. 27 Oakmont Avenue Duquesne, PA 15110 (Block and Lot 304-G-44)

  F. 817 Catherine Street Duquesne, PA 15110 (Block and Lot 378-N-131) being designated as Block and Lot 1130-S-40 in the Department of Real Estate of

3. On or about July 20, 2017, the Trustee filed a motion to sell the Properties free and clear of all liens, claims and encumbrances. According to the motion, the Properties are being sold to Bahram Panahiazar, who owns the other one-half interest in the Properties.

4. Pursuant to Paragraph 22 of the motion, the buyer of the Properties shall assume the real estate taxes owed for the Properties.

5. The County of Allegheny ("County"), City and School District of Pittsburgh ("City"), Woodland Hills School District ("WHSD"), and Pittsburgh Water & Sewer Authority ("PWSA") are secured creditors in the within bankruptcy case by virtue of delinquent real estate taxes owed by Debtors for the Properties.

6. On March 21, 2017, the County filed Proof of Claim No. 15-1 for pre-petition delinquent real estate taxes owed by Debtors for various parcels of real estate including the Properties (a total of $6,110.41 pertains to the Properties plus statutory interest).

7. On March 21, 2017, the City filed Proof of Claim No. 14-1 for pre-petition delinquent real estate taxes owed by Debtors for various parcels of real estate including the Properties (a total of $9,552.07 pertains to the Properties plus statutory interest).

8. On March 21, 2017, the WHSD filed Proof of Claim No. 17-1 for pre-petition delinquent real estate taxes owed by Debtors for various parcels of real estate including the Properties (a total of $1,860.17 pertains to the Properties plus statutory interest).

9. On March 21, 2017, the PWSA filed Proof of Claim No. 16-1 for pre-petition delinquent real estate taxes owed by Debtors for various parcels of real estate including the Properties (a total of $558.72 pertains to the Properties plus statutory interest).

10. The County, City, WHSD, and PWSA have no objection to the sale provided that they are paid in full for all current and delinquent real estate taxes owed on the Properties from the proceeds of the sale, or in the alternative, as long as it is recognized that the above-referenced unpaid real estate taxes shall remain secured liens against the Properties and in such case the taxes shall remain open and shall be paid by the buyer.

11. To the extent that the County, City, WHSD and/or PWSA are not paid in full at the time of closing, this sale shall not divest any said liens of the County WHSD, City or PWSA.

WHEREFORE, the County of Allegheny, City and School District of Pittsburgh, Woodland Hills School District, and Pittsburgh Water and Sewer Authority pray that this Honorable Court direct that their delinquent real estate taxes be paid in full at the time of closing or, in the alternative, that the sale shall not divest their liens and shall remain secured against the Properties until paid in full.

Dated: August 3, 2017

Respectfully submitted,

GOEHRING, RUTTER & BOEHM

By:    /s/ Christina L. Preville
Jeffrey R. Hunt, Esquire
Pa. I.D. #90342
Christina L. Preville, Esquire
Pa. I.D. #318774
Frick Building, 14th Floor
437 Grant Street
Pittsburgh, PA 15219
(412) 281-0587
jhunt@grblaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy No.: 16-23808-CMB |
| IFTIKHAR A. MALIK and NASREEN ) | |
| MALIK, ) | Chapter 13 |
| ) | |
| Debtors. ) | Related to Document No. 59 |
| ) | |
| ) | Hearing Date and Time: |
| ERIC E. BONONI, Trustee, ) | Tuesday August 22, 2017 at 1:30 P.M. |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| IFTIKHAR A. MALIK and NASREEN ) | |
| MALIK, and BAHRAM PANAHIAZAR ) | |
| ) | |
| Respondents. ) | |

**CERTIFICATE OF SERVICE**

I, Christina L. Preville, do hereby certify that a true and correct copy of the foregoing LIMITED RESPONSE OF COUNTY OF ALLEGHENY, CITY AND SCHOOL DISTRICT OF PITTSBURGH, WOODLAND HILLS SCHOOL DISTRICT, AND PITTSBURGH WATER AND SEWER AUTHORITY TO MOTION TO SELL PROPERTY FREE AND DIVESTED OF LIENS, AND ENCUMBRANCES has been served upon each of the following listed on the 3rd day of August, 2017 by first class U.S. mail, postage prepaid at the following addresses:

Iftikhar A. Malik
132 Peppergrass Road
Baden, PA 15005

Nasreen Malik
132 Peppergrass Road
Baden, PA 15005

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Stephen J. Jurman
1729 Yorktown Place
Pittsburgh, PA 15235

Bahram Panahiazar
801 Cranberry Dr.
Monroeville, PA 1 5146

Eric E. Bononi, Esquire
20 North Pennsylvania Ave, Suite 201
Greensburg, PA 15601-2337

AND ALL PARTIES AND CREDITORS LISTED ON THE CLERK'S OFFICE MAILING MATRIX

Respectfully submitted,

GOEHRING, RUTTER & BOEHM

By: /s/ Christina L. Preville
Christina L. Preville, Esquire

54802-1012\1770790.1                              4

```
Label Matrix for local noticing          Ally Financial                           Ally Financial
0315-2                                    PO Box 130424                            Po Box 380901
Case 16-23808-CMB                         Roseville MN 55113-0004                  Bloomington, MN 55438-0901
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Thu Jul 20 14:11:31 EDT 2017

American Express Bank FSB                (p)AMERICAN HONDA FINANCE                Amex
c/o Becket and Lee LLP                   P O BOX 168088                           Correspondence
PO Box 3001                              IRVING TX 75016-8088                     Po Box 981540
Malvern  PA 19355-0701                                                            El Paso, TX 79998-1540


Peter J. Ashcroft                        Aspen Coll                               Bank Of America
Bernstein-Burkley, P.C.                  Pob 10689                                Nc4-105-03-14
Suite 2200, Gulf Tower                   Brooksville, FL 34603-0689               Po Box 26012
Pittsburgh, PA 15219-1900                                                         Greensboro, NC 27420-6012


Blumling & Swartz, LLC                   Eric E. Bononi                           Capital One
c/o Robert O Lampl Law Office            20 North Pennsylvania Avenue             Po Box 30285
960 Penn Avenue                          Greensburg, PA 15601-2337                Salt Lake City, UT 84130-0285
Suite 1200
Pittsburgh,, PA 15222-3826

Jennifer L. Cerce                        Chase Auto Finance                       Chase Mtg
Maiello Brungo & Maiello                 National Bankruptcy Dept                 Po Box 24696
Southside Works                          201 N Central Ave Ms Az1-1191            Columbus, OH 43224-0696
424 S. 27th Street, Ste 210              Phoenix, AZ 85004-1071
Pittsburgh, PA 15203-2380

Citibank / Sears                         Citibank Sears                           Citibank/The Home Depot
Citicard Credit Srvs/Centralized Bankrup Citicorp Credit Srvs/Centralized Bankrup Citicorp Credit Srvs/Centralized Bankrup
Po Box 790040                            Po Box 790040                            Po Box 790040
Saint Louis, MO 63179-0040               Saint Louis, MO 63179-0040               Saint Louis, MO 63179-0040

City and School District of Pittsburgh   (p)COLLECTION SERVICE CENTER INC         Comenity Bank/Express
Goehring, Rutter & Boehm                 363 VANADIUM ROAD                        Po Box 18215
c/o Jeffrey R. Hunt, Esquire             STE 109                                  Columbus, OH 43218
437 Grant Street, 14th Floor             PITTSBURGH PA 15243-1477
Frick Building
Pittsburgh, PA 15219-6101

Comenity Bank/nwyrk&co                   Concetta Crea and Michael Crea           County of Allegheny
220 W Schrock Rd                         c/o Robert O Lampl Law Office            Goehring, Rutter & Boehm
Westerville, OH 43081-2873               960 Penn Avenue, Suite 1200              437 Grant Street, 14th Floor
                                         Pittsburgh, PA 15222-3826                Frick Building
                                                                                  Pittsburgh, PA 15219-6101

County of Allegheny                      Concetta and Michael Crea                Credit First/CFNA
Goehring, Rutter & Boehm                 960 Penn Avenue                          Bk13 Credit Operations
c/o Jeffrey R. Hunt, Esquire             Suite 1200                               Po Box 818011
437 Grant Street, 14th Floor             Pittsburgh, PA 15222-3826                Cleveland, OH 44181-8011
Frick Building
Pittsburgh, PA 15219-6101

Discover Bank                            Discover Financial                       Robert C. Edmundson
Discover Products Inc                    Po Box 3025                              Office of Attorney General
PO Box 3025                              New Albany, OH 43054-3025                564 Forbes Avenue
New Albany, OH 43054-3025                                                         5th Floor, Manor Complex
                                                                                  Pittsburgh, PA 15219-2992
```

| | | |
|---|---|---|
| First National Bank of Pennsylvania<br>c/o Donna Donaher<br>One North Shore Center<br>12 Federal Street, 1st Floor<br>Pittsburgh, PA 15212-5752 | Kevin Scott Frankel<br>Shapiro & DeNardo, LLC<br>3600 Horizon Drive<br>Suite 150<br>King of Prussia, PA 19406-4702 | Greater Northern Community Inv. Group, Inc.,<br>c/o Robert O Lampl Law Office<br>960 Penn Avenue, Suite 1200<br>Pittsburgh, PA 15222-3826 |
| Greater Northern Community Investment Group,<br>c/o Robert O Lampl Law Office<br>960 Penn Avenue<br>Suite 1200<br>Pittsburgh, PA 15222-3826 | Jeffrey R. Hunt<br>Goehring, Rutter & Boehm<br>437 Grant Street<br>14th Floor<br>Pittsburgh, PA 15219-6107 | JPMorgan Chase Bank, National Association as<br>3415 Vision Drive<br>Columbus, OH 43219-6009 |
| Stephen J. Jurman<br>1729 Yorktown Place<br>Pittsburgh, PA 15235-4927 | Robert O Lampl<br>960 Penn Avenue, Suite 1200<br>Pittsburgh, PA 15222-3826 | Iftikhar A Malik<br>132 Peppergrass Road<br>Baden, PA 15005-2564 |
| Nasreen Malik<br>132 Peppergrass Road<br>Baden, PA 15005-2564 | Nissan Acceptance Co<br>Pob 660366<br>Dallas, TX 75266-0366 | Nissan Motor Acceptanc<br>Po Box 660360<br>Dallas, TX 75266-0360 |
| Nordstrom Fsb<br>Correspondence<br>Po Box 6555<br>Englewood, CO 80155-6555 | North Allegheny School District<br>c/o Maiello Brungo & Maiello, LLP<br>100 Purity Road<br>Suite 3<br>Pittsburgh, PA 15235-4441 | Office of Attorney General Department of Rev<br>Robert C. Edmundson<br>564 Forbes Avenue<br>Pittsburgh, PA 15219-2908 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PNC Bank<br>249 5th Sve Ste 30<br>Pittsburgh, PA 15222 | PNC Bank Credit Card<br>Po Box 5570<br>Mailstop  BR- YB58-01-5<br>Cleveland, OH 44101-0570 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Penn Hills Municipality<br>c/o Maiello Brungo & Maiello, LLP<br>100 Purity Road, Suite 3<br>Pittsburgh, PA 15235-4441 | Penn Hills School District<br>c/o Maiello Brungo & Maiello, LLP<br>100 Purity Road<br>Suite 3<br>Pittsburgh, PA 15235-4441 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg, PA  17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 |
| Pittsburgh Water & Sewer Authority<br>Goehring, Rutter & Boehm<br>c/o Jeffrey R. Hunt, Esquire<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 | Pittsburgh Water and Sewer Authority<br>Goehring, Rutter & Boehm<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 | Pnc Bank<br>2730 Liberty Ave<br>Pittsburgh, PA 15222-4747 |
| Red Rock Collections, LLC<br>c/o Robert O Lampl Law Office<br>960 Penn Avenue<br>Suite 1200<br>Pittsburgh, PA 15222-3826 | David A. Scott<br>LeClaire Griewahn & Scott LLC<br>835 Western Avenue<br>Pittsburgh, PA 15233-1715 | Steel Valley School District<br>c/o Legal Tax Service<br>714 Lebanon Road<br>West Mifflin, PA 15122-1030 |

Synchrony Bank/ JC Penneys
Po Box 965064
Orlando, FL 32896-5064

Synchrony Bank/ Old Navy
Po Box 965064
Orlando, FL 32896-5064

Synchrony Bank/Lowes
Po Box 965064
Orlando, FL 32896-5064

Target
C/O Financial & Retail Services
Mailstop BT PO Box 9475
Minneapolis, MN 55440-9475

Visa Dept Store National Bank
Attn: Bankruptcy
Po Box 8053
Mason, OH 45040-8053

Larry E. Wahlquist
U.S. Trustee Program/Dept. of Justice
1001 Liberty Avenue
Suite 970
Pittsburgh, PA 15222-3721

S. James Wallace
845 N. Lincoln Avenue
Pittsburgh, PA 15233-1828

James Warmbrodt
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Wells Fargo Auto Finance
Attn: Bankruptcy  2nd Floor
13675 Technology Dr
Eden Prairie, MN 55344-2252

Woodland Hills School District
Goehring, Rutter & Boehm
437 Grant Street, 14th Floor
Frick Building
Pittsburgh, PA 15219-6101

Woodland Hills School District
Goehring, Rutter & Boehm
c/o Jeffrey R. Hunt, Esquire
437 Grant Street, 14th Floor
Frick Building
Pittsburgh, PA 15219-6101


          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


American Honda Finance
Po Box 168088
Irving, TX 75016

Collection Service Cen
Attn:Collection Center
Po Box 14931
Pittsburgh, PA 15234



          The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Blumling & Swartz, LLC
c/o Robert O Lampl Law Office
960 Penn Avenue, Suite 1200
Pittsburgh, PA 15222-3826

(d)Eric E. Bononi
20 North Pennsylvania Avenue
Greensburg, PA 15601-2337

(d)City and School District of Pittsburgh
Goehring, Rutter & Boehm
c/o Jeffrey R. Hunt, Esquire
437 Grant Street, 14th Floor
Frick Building
Pittsburgh, PA 15219-6101

(u)Duquesne Light Company

(d)Greater Northern Community Inv. Group, Inc
c/o Robert o Lampl Law Office
960 Penn Avenue, Suite 1200
Pittsburgh, PA 15222-3826

(u)JPMORGAN CHASE BANK, N.A.

(u)Municipality Of Penn Hills

(u)Nissan Motor Acceptance Corporation

(d)North Allegheny School District
c/o Maiello Brungo & Maiello, LLP
100 Purity Road, Suite 3
Pittsburgh, PA 15235-4441

Case 16-23808-CMB    Doc 161    Filed 07/20/17    Entered 07/20/17 14:17:12    Desc
Mailing Matrix    Page 4 of 4

(d) PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

(d) Penn Hills School District
c/o Maiello Brungo & Maiello, LLP
100 Purity Road, Suite 3
Pittsburgh, PA 15235-4441

End of Label Matrix
Mailable recipients    70
Bypassed recipients    11
Total                  81