# Beaver Newspapers Inc.

400 FAIR AVENUE
BEAVER, PA 15009-0400
(724) 775-3200 OR (724) 846-6300

**PUBLIC NOTICE ADVERTISING INVOICE**

Account Number: 7248322499
Invoice Date: 8/2/2017
Invoice Number: I07144636-07262017
Balance: $ 0.00

BONONI & COMPANY PC
20 NORTH PENNSYLVANIA AVE
SUITE 201
GREENSBURG, PA 15601

PROOF CHARGE IS $5.00 FOR AFFIDAVIT, $13.00 FOR CLERICAL FEE

REMITTANCE - DETACH & RETURN THIS PORTION WITH PAYMENT

| ACCOUNT # | INVOICE DATE | DESCRIPTION | LINES | TIMES | PROOF | TOTAL CHARGES |
|---|---|---|---|---|---|---|
| 7248322499 | 8/2/2017 | BANKRUPTCY SALE In re The Bank | 1.00 x 23Lines | 1 | $ 18.00 | |
| | | DATES APPEARED 7/26/2017 | | | | $ 130.35 |

**PROOF OF PUBLICATION**

The **Beaver County Times, Ellwood City Ledger**
a daily newspaper of general circulation, published by BEAVER NEWSPAPERS, INC.,
a Pennsylvania corporation, 400 Fair Avenue, West Bridgewater, Beaver County, Pennsylvania,
was established in 1946, and has been issued regularly, except legal holidays since said date.

The attached advertisement, which is exactly as printed and published,
appeared in the regular issue on
7/26/2017

BEAVER NEWSPAPERS, INC.

By _____

**STATE OF PENNSYLVANIA,**
**COUNTY OF BEAVER,** } SS:

Before me, a Notary Public in and for such county and state, personally appeared
DEBBIE L. HAYS           , who being duly sworn according to law says that she is
ACCOUNTING SUPERVISOR            of BEAVER NEWSPAPERS, INC.; that neither affiant
nor said corporation is interested in the subject matter of the attached advertisement;
and that all of the allegations of the foregoing statement including those as to the time,
place and character of publication are true.

Sworn to and subscribed before me
this 2nd day of August 2017

_Susan K. Miller_

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Susan K. Miller, Notary Public
Bridgewater Boro, Beaver County
My Commission Expires Oct. 1, 2018
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

BEAVER NEWSPAPERS INC.

The costs of advertising and proof,
has been paid.           $ 130.35
BEAVER NEWSPAPERS, INC.

By _____

400 FAIR AVE.        BEAVER, PA. 15009

**BANKRUPTCY SALE**
In re: The Bankruptcy Estate of Iftikhar A. Malik, and Nasreen Malik, Case No: 16-23808-CMB
2004 Toyota 4 Runner
Sale to be held: Tuesday, August 22, 2017, 1:30 PM, Courtroom B, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.
We have received an offer of $1,201.00.
HIGHER AND BETTER OFFERS WILL BE CONSIDERED AT THE HEARING.
CONTACT: Eric E. Bononi, 20 N. Pennsylvania Ave., Suite 201, Greensburg, PA 15601, (724) 832-2499
http://www.pawb.uscourts.gov/easi.htm
7/26/17