UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Nasreen Malik<br>Iftikhar A. Malik<br>　　　　　　Debtor(s) | BK. NO. 16-23808 CMB |
| JPMorgan Chase Bank, N.A.<br>　　　　　　Movant<br>　　v.<br>Nasreen Malik<br>Iftikhar A. Malik<br>　　　　　　Respondents<br>　　and<br>Eric E. Bononi, Trustee<br>　　　　　　Additional Respondent | CHAPTER 7<br>Related to Docket # 154<br><br>**ENTERED BY DEFAULT** |

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 11th day of August, 2017, at Pittsburgh, upon Motion of JPMorgan Chase Bank, N.A., it is

**ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease and otherwise dispose of the 2012 NISSAN ALTIMA, VIN 1N4AL2AP4CC206384, in a commercially reasonable manner.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

FILED
8/11/17 12:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Iftikhar A Malik
Nasreen Malik
    Debtors

Case No. 16-23808-CMB
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: kthe     Page 1 of 2     Date Rcvd: Aug 11, 2017
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2017.
db/jdb         +Iftikhar A Malik,    Nasreen Malik,    132 Peppergrass Road,    Baden, PA 15005-2564

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2017                                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2017 at the address(es) listed below:
           David A. Scott    on behalf of Creditor    Nissan Motor Acceptance Corporation scott@lg-law.com
           Eric E Bononi    on behalf of Plaintiff Eric E. Bononi bankruptcy@bononilaw.com
           Eric E. Bononi    on behalf of Plaintiff Eric E. Bononi bankruptcy@bononilaw.com, pa69@ecfcbis.com
           Eric E. Bononi    bankruptcy@bononilaw.com, pa69@ecfcbis.com
           Eric E. Bononi    on behalf of Trustee Eric E. Bononi bankruptcy@bononilaw.com, pa69@ecfcbis.com
           James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
           Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com, cnoroski@grblaw.com
           Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com, cnoroski@grblaw.com
           Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water and Sewer Authority jhunt@grblaw.com, cnoroski@grblaw.com
           Jeffrey R. Hunt    on behalf of Creditor    Woodland Hills School District jhunt@grblaw.com, cnoroski@grblaw.com
           Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
           Jennifer L. Cerce    on behalf of Creditor    Municipality Of Penn Hills jlc@mbm-law.net
           Jennifer L. Cerce    on behalf of Creditor    North Allegheny School District jlc@mbm-law.net
           Kevin Scott Frankel    on behalf of Creditor    JPMorgan Chase Bank, National Association as servicer for PNC Bank, N.A. pabk@logs.com
           Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee larry.e.wahlquist@usdoj.gov
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
           Robert C. Edmundson    on behalf of Creditor    Office of Attorney General Department of Revenue redmundson@attorneygeneral.gov
           Robert O Lampl    on behalf of Creditor Concetta and Michael Crea rol@lampllaw.com, jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com
           Robert O Lampl    on behalf of Creditor    Greater Northern Community Investment Group, Inc. rol@lampllaw.com, jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com
           Robert O Lampl    on behalf of Creditor    Blumling & Swartz, LLC rol@lampllaw.com, jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com
           Robert O Lampl    on behalf of Creditor    Red Rock Collections, LLC rol@lampllaw.com, jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com
           S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

```
District/off: 0315-2           User: kthe                 Page 2 of 2            Date Rcvd: Aug 11, 2017
                               Form ID: pdf900            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Stephen J. Jurman    on behalf of Joint Debtor Nasreen  Malik stephen@jurmanlaw.com, jurmanlaw@gmail.com
          Stephen J. Jurman    on behalf of Debtor Iftikhar A Malik stephen@jurmanlaw.com, jurmanlaw@gmail.com
          Stephen J. Jurman    on behalf of Defendant Iftikhar A Malik stephen@jurmanlaw.com, jurmanlaw@gmail.com
          Stephen J. Jurman    on behalf of Defendant Nasreen  Malik stephen@jurmanlaw.com, jurmanlaw@gmail.com

                                                                                                                                                 TOTAL: 27