No_____    Term,_____

## Proof of Publication of Notice in Pittsburgh Post-Gazette
Under Act No 587, Approved May 16, 1929, PL 1784, as last amended by Act No 409 of September 29, 1951

Commonwealth of Pennsylvania, County of Allegheny, ss __K. Flaherty__, being duly sworn, deposes and says that the Pittsburgh Post-Gazette, a newspaper of general circulation published in the City of Pittsburgh, County and Commonwealth aforesaid, was established in 1993 by the merging of the Pittsburgh Post-Gazette and Sun-Telegraph and The Pittsburgh Press and the Pittsburgh Post-Gazette and Sun-Telegraph was established in 1960 and the Pittsburgh Post-Gazette was established in 1927 by the merging of the Pittsburgh Gazette established in 1786 and the Pittsburgh Post, established in 1842, since which date the said Pittsburgh Post-Gazette has been regularly issued in said County and that a copy of said printed notice or publication is attached hereto exactly as the same was printed and published in the __regular__ editions and issues of the said Pittsburgh Post-Gazette a newspaper of general circulation on the following dates, viz:

**14 of August, 2017**

Affiant further deposes that he/she is an agent for the PG Publishing Company, a corporation and publisher of the Pittsburgh Post-Gazette, that, as such agent, affiant is duly authorized to verify the foregoing statement under oath, that affiant is not interested in the subject matter of the afore said notice or publication, and that all allegations in the foregoing statement as to time, place and character of publication are true.

_____
PG Publishing Company
Sworn to and subscribed before me this day of:
August 14, 2017

_____
COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Linda M. Gaertner, Notary Public
Findlay Twp., Allegheny County
My Commission Expires Jan. 31, 2019
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

**COPY OF NOTICE OR PUBLICATION**

BANKRUPTCY SALE
In re: The Bankruptcy Estate of Iftikhar A Malik and Nasreen Malik, Case No: 16-23808-CMB
Address, Offer
a. 24 Revere Way, Pittsburgh, PA 15219. $10,000.00
b. 26 Revere Way, Pittsburgh, PA 15219. $8,000.00
c. 108 Madonna Street, Pittsburgh, PA 15221. $7,000.00
d. 575 Princeton Blvd., Pittsburgh, PA 15221. $5,000.00
e. Buyer agreed to pay outstanding real estate taxes
Sale to be held: Tuesday, September 12, 2017, 1:30 PM, Courtroom B, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219
HIGHER AND BETTER OFFERS WILL BE CONSIDERED AT THE HEARING.
CONTACT: Eric E. Bononi, 20 N Pennsylvania Ave. Suite 201 Greensburg, PA 15601, (724) 832-2499
http://www.pawb.uscourts.gov/easi.htm

**STATEMENT OF ADVERTISING COSTS**
Bononi & Company
20 N PENNSYLVANIA AVE STE 201
GREENSBURG    PA 15601-2337

To PG Publishing Company

Total ---------------------------------------- $221.40

## Publisher's Receipt for Advertising Costs
PG PUBLISHING COMPANY, publisher of the Pittsburgh Post-Gazette, a newspaper of general circulation, hereby acknowledges receipt of the aforsaid advertising and publication costs and certifies that the same have been fully paid.

Office                            PG Publishing Company, a Corporation, Publisher of
2201 Sweeney Drive      Pittsburgh Post-Gazette, a Newspaper of General Circulation
CLINTON, PA 15026
Phone 412-263-1338    By _____

I hereby certify that the foregoing is the original Proof of Publication and receipt for the Advertising costs in the subject matter of said notice.

Attorney For

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Linda M. Greiner, Notary Public
Findlay Twp., Allegheny County
My Commission Expires Jan. 31, 2019