Bankruptcy Notice. Case Number: 16-23808-CMB. Debtor: The Bankruptcy Estate of Iftikhar A. Malik and Nasreen Malik

PAGE 1 OF 1

## Proof of Publication of Notice in Pittsburgh Legal Journal

Commonwealth of Pennsylvania  } SS:
County of Allegheny,  }

Before me, the undersigned notary public, this day, personally appeared Sharon Antill to me known, who being duly sworn according to law, deposes and says the following:

I am an agent of the Pittsburgh Legal Journal. The Pittsburgh Legal Journal is the duly designated legal newspaper for Allegheny County, Pennsylvania and was established on April 23, 1853. It is published at 400 Koppers Building, 436 Seventh Avenue, Pittsburgh, Allegheny County, Pennsylvania; and a copy of the printed notice appearing to the right is exactly the same as is printed or published in the issue or issues of said legal newspaper on the following date or dates:

**Aug 14, 2017**

That affiant further states that he is the designated agent of the Allegheny County Bar Association, the owner of said legal newspaper, that he is not interested in the subject matter of the aforesaid notice or advertising, and that all the allegations of the aforesaid statement as to time, place, and character of publication are true.

_____
Signature of Affiant

Subscribed and sworn to before me this 15th day of August, 2017

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Jacob H. Glatz, Notary Public
City of Pittsburgh, Allegheny County
My Commission Expires May 11, 2021
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

Eric Elia Bononi
Bononi & Bononi
20 North Pennsylvania Ave.
Greensburg, PA 15601

### Bankruptcy Notice

In re: The Bankruptcy Estate of Iftikhar A. Malik and Nasreen Malik, Case No.: 16-23808-CMB
Address: a. 24 Revere Way, Pittsburgh, PA 15219
Offer: $10,000.00
Address: b. 26 Revere Way, Pittsburgh, PA 15219
Offer: $8,000.00
Address: c. 108 Madonna Street, Pittsburgh, PA 15221
Offer: $7,000.00
Address: d. 575 Princeton Blvd., Pittsburgh, PA 15221
Offer: $5,000.00
e. Buyer agreed to pay outstanding real estate taxes.
Sale to be held: Tuesday, September 12, 2017, 1:30 p.m., Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219
Higher And Better Offers Will Be Considerd At The Hearing.
Contact Eric E. Bononi, 20 North Pennsylvania Ave., Greensburg, PA 15601, 724-832-2499.
http://www.pawb.uscourts.gov/easi.htm
17-04635 Aug 14, 2017

### Statement of Advertising Cost

For publishing the notice or advertisement on the above stated dates... $161.95
Proof Fees... $1.00
Total... $162.95

**Pittsburgh Legal Journal**
400 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
Phone 412-261-6255

PLJ No. 17-04635