# PROCEEDING MEMO

**Date:** 08/22/2017 01:30 pm

**In re:** Iftikhar A Malik and Nasreen Malik

**Bankruptcy No.** 16-23808-CMB
**Chapter:** 7
**Doc. #** 149

**Appearances:**

**Movant(s):** Eric E. Bononi ✓
Lois Vitti ✓

**Respondent(s):** ~~Stephen J. Jurman~~
Jeffrey Hunt

**Creditor(s):** Panaluazo

**Nature of Proceeding:** Trustee's Motion to Sell Debtor's Property Free and Clear of Liens

**Additional Pleadings:** #151 Certificate of Service; #164 Proof of Publication in Beaver County Legal Journal; #166 Proof of Publication in Beaver Newspapers Inc.; #163 CNO; (Posted on EASI)

**Judge's Notes:**

— new offer
Panaluazo
$1251.00
— advertized.
— no objections.
— no liens.
— no objections, no higher bids.

**Outcome:**

✓ Motion is GRANTED ✓ Order Entered

___ Motion is DENIED ___ Order entered

___ Motion WITHDRAWN

___ Motion is DISMISSED ___ Order entered

___ Reschedule for Proper Service

___ Case DISMISSED ___ Order entered

___ Parties to submit Order/Settlement/Stipulation by ___ days

___ CONTINUED MATTER: ___ for at least ___ days (Court to Issue Order)

___ ISSUE EVIDENTIARY HEARING NOTCE

___ Discovery time needed ___ days

___ Briefs to be filed:     Movant(s) brief due ___ days
Respondent(s) brief due ___ days
Trustee's brief due ___ days

Carlota M. Böhm
U.S. Bankruptcy Court

FILED
8/22/17 3:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA