# PROCEEDING MEMO

Date: 08/22/2017 01:30 pm

In re: Iftikhar A Malik and Nasreen Malik

Bankruptcy No. 16-23808-CMB
Chapter: 7
Doc. # 159

**Appearances:**

Movant(s):   Eric E. Bononi ✓

Respondent(s): ~~Stephen J. Jurman; Christina L. Preville~~

Creditor(s):   for Ugoli ✓  Panaharan ✓  Hunt ✓

Nature of Proceeding:   Trustee's Motion to Sell Property Free and Clear of Liens

Additional Pleadings: #161 Certificate of Service; #165 Limited Response of the County of Allegheny, City and School District of Pittsburgh, Woodland Hills School District and Pittsburgh Water and Sewer Authority; #162 Proof of Publication in the Pittsburgh Post Gazette; (Posted on EASI)

**Judge's Notes:**
- advertised
- objection resolved
- $27,400 in tax, sewage, water liens — lingering
- no higher bids
- no further objections.

**Outcome:**

✓ Motion is GRANTED   ✓ Order Entered

____ Motion is DENIED____Order entered

____ Motion WITHDRAWN

____ Motion is DISMISSED____Order entered

____ Reschedule for Proper Service

____ Case DISMISSED____Order entered

____ Parties to submit Order/Settlement/Stipulation by____days

____ CONTINUED MATTER: ____for at least____days (Court to Issue Order)

____ ISSUE EVIDENTIARY HEARING NOTCE

____ Discovery time needed____days

____ Briefs to be filed:   Movant(s) brief due____days
Respondent(s) brief due____days
Trustee's brief due____days

Carlota M. Böhm
U.S. Bankruptcy Court

FILED
8/22/17 4:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA