IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Iftikhar A Malik, Nasreen Malik,<br>    Debtor(s) | Bankruptcy No. 16-23808-CMB |
| Eric E. Bononi, Trustee,<br>    Movant<br>               v.<br>Iftikhar A Malik, Nasreen Malik,<br>    Respondent(s) | Chapter 7<br><br>Related to Document No. 149, 177<br><br>Hearing Date & Time: Tuesday, August 22, 2017 at 1:30 PM |

**CERTIFICATE OF SERVICE OF TRUSTEE'S
MOTION OF CHAPTER 7 TRUSTEE FOR AUTHORITY TO SELL DEBTOR'S PROPERTY FREE
AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES TO BUYERS,
AND COURT ORDER GRANTING THE MOTION**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below on August 23, 2017.

    The type(s) of service made on the parties was: First-Class Mail.

**Service by First-Class Mail:**

IFTIKHAR A MALIK
132 PEPPERGRASS ROAD
BADEN, PA 15005

NASREEN MALIK
132 PEPPERGRASS ROAD
BADEN, PA 15005

BAHRAM PANAHIAZAR
801 CRANBERRY DR.
MONROEVILLE, PA 15146

STEPHEN J. JURMAN
1729 YORKTOWN PLACE
PITTSBURGH, PA 15235

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222


EXECUTED ON:  August 23, 2017

                By:    */s/ Eric E. Bononi*
                          Eric E. Bononi, Esquire
                          20 N. Pennsylvania Ave, Suite 201
                          Greensburg, PA  15601-2337
                          bankruptcy@bononilaw.com
                          (724) 832-2499
                          PA ID# 44730