IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Iftikhar A Malik, Nasreen Malik,<br>    Debtor(s)<br><br>Eric E. Bononi, Trustee,<br>    Movant<br>             v.<br>Iftikhar A Malik, Nasreen Malik, and Bahram Panahiazar,<br>    Respondent(s) | Bankruptcy No. 16-23808-CMB<br><br>Chapter 7<br><br>Related to Document No. 159, 179<br><br>Hearing Date & Time: Tuesday, August 22, 2017 at 1:30 PM |

## CERTIFICATE OF SERVICE OF TRUSTEE'S
## MOTION TO SELL PROPERTY FREE AND DIVESTED OF LIENS AND ENCUMBRANCES,
## AND COURT ORDER GRANTING THE MOTION

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below on August 23, 2017.

The type(s) of service made on the parties was: First-Class Mail.

**Service by First-Class Mail:**

IFTIKHAR A MALIK
132 PEPPERGRASS ROAD
BADEN, PA 15005

NASREEN MALIK
132 PEPPERGRASS ROAD
BADEN, PA 15005

STEPHEN J. JURMAN
1729 YORKTOWN PLACE
PITTSBURGH, PA 15235

BAHRAM PANAHIAZAR
801 CRANBERRY DR.
MONROEVILLE, PA 15146

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

ELSIE R. LAMPL, ESQUIRE
LAMPL SETTLEMENT SERVICES
435 SOUTH MAPLE AVENUE
GREENSBURG, PA 15601

EXECUTED ON:  August 23, 2017

                                                  By:    */s/ Eric E. Bononi*
                                                        Eric E. Bononi, Esquire
                                                        20 N. Pennsylvania Ave, Suite 201
                                                        Greensburg, PA  15601-2337
                                                        bankruptcy@bononilaw.com
                                                        (724) 832-2499
                                                        PA ID# 44730

**PAWB Local Form 7 (07/13)**