IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Iftikhar A Malik, Nasreen Malik,<br>      Debtors<br><br>Eric E. Bononi, Trustee for the Bankruptcy Estate of<br>Iftikhar A Malik, Nasreen Malik,<br>      Trustee/Movant<br><br>      v.<br>Iftikhar A Malik, Nasreen Malik<br>      Respondents | Bankruptcy No.: 16-23808-CMB<br>Chapter 7<br><br>Related to Document No. 149 |

**ORDER CONFIRMING CHAPTER 7 SALE OF PROPERTY FREE AND DIVESTED OF LIENS**

AND NOW, this __22nd__ day of ___August___, 20_17_, upon consideration of the Trustee's Motion for Sale of Property Free and Divested of Liens to GMR Consulting Services, LLC, or their assignee, after hearing held before Judge Carlota M. Böhm in Courtroom B, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, the Court finds:

1)    That service of the Notice of Hearing and Order Setting Hearing on said Motion for public sale of equipment free and divested of liens of the above named Respondents, was effected on the following creditors, including secured creditors, whose liens are recited in said Motion for public sale:

All Parties listed on the Court's Mailing Matrix as of July 13, 2017.

2)    That sufficient general notice of said hearing and sale, together with the confirmation hearing thereon, was given to the creditors and parties in interest by the moving party as shown by the certificate of service duly filed and that the named parties' were duly served with the Motion.

3)    That said sale hearing was duly advertised on the Court's website pursuant to W. PA LBR 6004-1(c)(2) on June 26, 2017, in the Beaver County Times on July 26, 2017, and in the Beaver County Legal Journal on July 29, 2017, as shown by the Proof of Publications duly filed.

4)    That at the sale hearing the highest/best offer received was that of the above Purchasers.
~~$1,251~~    BAHRAM PANAHIAZAR

5)    That the price of $~~1,201.00~~ offered by ~~GMR Consulting Services, L~~LC was a full and fair price for the 2004 Toyota 4 Runner VIN No. JTEBU14R448022730.

6)    That the Purchaser have acted in good faith with respect to the within sale in accordance with *In re Abbots Dairies of Pennsylvania, Inc.*, 788 F2d. 143 (3rd Cir. 1986).

7)      Movant is authorized to make, execute and deliver to the Purchaser above named the necessary documents required to transfer title to the property purchased upon compliance with the terms of sale;

Now therefore, IT IS ORDERED, ADJUDGED AND DECREED that the sale of the 2004 Toyota 4 Runner VIN No. JTEBU14R448022730 is hereby CONFIRMED to GMR Consulting Services, LLC or their assignee, free and divested of the above recited liens and claims.

IT IS FURTHER ORDERED, that the above recited liens and claims, be, and they hereby are, transferred to the proceeds of sale, if and to the extent they may be determined to be valid liens against the sold property, that the within decreed sale shall be free, clear and divested of said liens and claims;

1)  Transfer shall occur within ten (10) days of this Order and, within five (5) days following the transfer/sale, the Movant shall file a report of sale.

2)  This Sale Confirmation Order survives any dismissal or conversion of the within case; and,

3)  Within five (5) days of the date of this Order, the Movant shall serve a copy of the within Order on each Respondent (i.e. each party against whom relief is sought) and its attorney of record, if any; upon any attorney or party who answered the Motion or appeared at the hearing; the attorney for the Debtor; the Purchaser(s), and the attorney for the Purchaser(s), if any; and file a certificate of service.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

FILED
8/22/17 4:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-23808-CMB
Iftikhar A Malik                                                          Chapter 7
Nasreen Malik
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: kthe              Page 1 of 2              Date Rcvd: Aug 22, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2017.
db/jdb         +Iftikhar A Malik,   Nasreen Malik,   132 Peppergrass Road,   Baden, PA 15005-2564

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                 TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2017                                Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2017 at the address(es) listed below:
          David A. Scott    on behalf of Creditor    Nissan Motor Acceptance Corporation scott@lg-law.com
          Eric E Bononi    on behalf of Plaintiff Eric E. Bononi bankruptcy@bononilaw.com
          Eric E. Bononi    on behalf of Plaintiff Eric E. Bononi bankruptcy@bononilaw.com,  pa69@ecfcbis.com
          Eric E. Bononi    bankruptcy@bononilaw.com,  pa69@ecfcbis.com
          Eric E. Bononi    on behalf of Trustee Eric E. Bononi bankruptcy@bononilaw.com,  pa69@ecfcbis.com
          James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water and Sewer Authority jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Woodland Hills School District jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
          Jennifer L. Cerce    on behalf of Creditor    Municipality Of Penn Hills jlc@mbm-law.net
          Jennifer L. Cerce    on behalf of Creditor    North Allegheny School District jlc@mbm-law.net
          Kevin Scott Frankel    on behalf of Creditor    JPMorgan Chase Bank, National Association as
           servicer for PNC Bank, N.A. pabk@logs.com
          Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
           larry.e.wahlquist@usdoj.gov
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Robert C. Edmundson    on behalf of Creditor    Office of Attorney General Department of Revenue
           redmundson@attorneygeneral.gov
          Robert O Lampl    on behalf of Creditor Concetta and Michael  Crea rol@lampllaw.com,
           jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.
           com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com
          Robert O Lampl    on behalf of Creditor    Greater Northern Community Investment Group, Inc.
           rol@lampllaw.com,
           jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.
           com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com
          Robert O Lampl    on behalf of Creditor    Blumling & Swartz, LLC rol@lampllaw.com,
           jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.
           com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com
          Robert O Lampl    on behalf of Creditor    Red Rock Collections, LLC rol@lampllaw.com,
           jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.
           com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

```
District/off: 0315-2        User: kthe           Page 2 of 2          Date Rcvd: Aug 22, 2017
                            Form ID: pdf900      Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
   Stephen J. Jurman  on behalf of Joint Debtor Nasreen  Malik stephen@jurmanlaw.com,
    jurmanlaw@gmail.com
   Stephen J. Jurman  on behalf of Debtor Iftikhar A Malik stephen@jurmanlaw.com,
    jurmanlaw@gmail.com
   Stephen J. Jurman  on behalf of Defendant Iftikhar A Malik stephen@jurmanlaw.com,
    jurmanlaw@gmail.com
   Stephen J. Jurman  on behalf of Defendant Nasreen  Malik stephen@jurmanlaw.com,
    jurmanlaw@gmail.com
                        TOTAL: 27