IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Iftikhar A. Malik and Nasreen Malik,<br>　　　Debtor(s)<br><br>Eric E. Bononi, Trustee,<br>　　　Movant<br>　　　　　　　　v.<br>　　　No Respondent(s) | Bankruptcy No. 16-23808-CMB<br><br>Chapter 7<br><br>Related to Document No. 149, 177 |

**REPORT OF SALE**

AND NOW, comes Eric E. Bononi, Chapter 7 Trustee, and files the within Report of Sale. Movant respectfully represents as follows and declares under penalty of perjury:

1. On August 22, 2017, a Motion to Sell Property Free and Clear of Liens under Section 363(f) was approved. Bahram Panahiazar purchased the 2004 Toyota 4 Runner.
2. The property was sold free and clear of all liens, encumbrances, claims and other charges, pursuant to 11 U.S.C. § 363 (f).
3. Movant motioned the Court to Sell the Property Free and Clear of Liens on July 13, 2017 and the motion was granted on August 22, 2017.
4. The net proceeds of $1,251.00 was received on August 28, 2017 for the Bankruptcy Estate.

Respectfully submitted,

DATE: August 28, 2017

Prepared by:
Eric E. Bononi, Esq.

*/s/ Eric E. Bononi*
Eric E. Bononi, Esquire
20 N. Pennsylvania Ave, Suite 201
Greensburg, PA  15601-2337
bankruptcy@bononilaw.com
(724) 832-2499
PA ID# 44730