## PROCEEDING MEMO

Date: 09/12/2017 01:30 pm

**In re: Iftikhar A Malik and Nasreen Malik**

Bankruptcy No. 16-23808-CMB
Chapter: 7
Doc. # 167

**Appearances:**

**Movant(s):** Eric E. Bononi

**Respondent(s):** Stephen J. Jurman

**Creditor(s):**

**Nature of Proceeding:** Trustee's Motion to Sell Property Free and Divested of Liens
and Encumbrances

**Additional Pleadings:** #169 Certificate of Service; #173 Proof of Publication in Post
Gazette; #174 Proof of Publication in Pittsburgh Legal Journal; #186 Certificate of No
Objection; Property listed on EASI

**Judge's Notes:**

**Outcome:**

_____ Motion is GRANTED_____ Order Entered

_____ Motion is DENIED_____ Order entered

_____ Motion WITHDRAWN

_____ Motion is DISMISSED_____ Order entered

_____ Reschedule for Proper Service

_____ Case DISMISSED_____ Order entered

_____ Parties to submit Order/Settlement/Stipulation by_____ days

_____ CONTINUED MATTER: _____ for at least_____ days (Court to Issue Order)

_____ ISSUE EVIDENTIARY HEARING NOTCE

_____ Discovery time needed_____ days

_____ Briefs to be filed:    Movant(s) brief due_____ days
                            Respondent(s) brief due_____ days
                            Trustee's brief due_____ days

_(handwritten notes)_
- City of Pgh no longer objecting
- advertised
- no ~~sale~~
- no higher bids.
- city Bononi to Submit Confirmation Order by tomorrow

. **Carlota M. Böhm**
**U.S. Bankruptcy Court**

FILED
9/12/17 4:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA