IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Iftikhar A Malik, Nasreen Malik,<br>    Debtor(s) | Bankruptcy No. 16-23808-CMB |
| Eric E. Bononi, Trustee,<br>    Movant<br>               v.<br>Iftikhar A Malik, Nasreen Malik, First National Bank, County of Allegheny, City and School District of Pittsburgh, Woodland Hills School District, Pittsburgh Water and Sewer Authority, and Azmat Qayyum, Pirachu, LLC,<br>    Respondent(s) | Chapter 7<br><br>Related to Document No. 194, 195<br><br>Hearing Date & Time: Tuesday, October 17, 2017 at 1:30 PM |

**CERTIFICATE OF NO OBJECTION OF TRUSTEE'S
MOTION TO AMEND ORDER CONFIRMING SALE OF REAL PROPERTY ON SEPTEMBER 13, 2017
AT DOCKET NUMBER 194**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Amend Order Confirming Sale of Real Property on September 13, 2017 filed on September 21, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Amend Order Confirming Sale of Real Property on September 13, 2017 appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Amend Order Confirming Sale of Real Property on September 13, 2017 were to be filed and served no later than October 12, 2017.

It is hereby respectfully requested that the Order attached to the Motion to Amend Order Confirming Sale of Real Property on September 13, 2017 be entered by the Court.

DATE: October 13, 2017

Prepared by:
Eric E. Bononi, Esq.

Respectfully submitted,

*/s/ Eric E. Bononi*
Eric E. Bononi, Esquire
20 N. Pennsylvania Ave, Suite 201
Greensburg, PA  15601-2337
bankruptcy@bononilaw.com
(724) 832-2499
PA ID# 44730