IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Iftikhar A. Malik and Nasreen Malik,<br>    Debtor(s)<br><br>Eric E. Bononi, Trustee,<br>Movant<br><br>Iftikhar A Malik, Nasreen Malik, First National Bank, County of Allegheny, City and School District of Pittsburgh, Woodland Hills School District, Pittsburgh Water and Sewer Authority, Bahram Panahiazar and Azmat Qayyum, Pirachu, LLC,<br>Respondent(s) | Bankruptcy No. 16-23808-CMB<br><br>Chapter 7 |

### NOTICE OF INTENT TO ABANDON PROPERTY OF THE ESTATE

To the Creditors and Other Parties in Interest:

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. § 554(a) the undersigned, duly qualified and acting trustee of this estate of the above-captioned debtor, intends to and will abandon the following described property as burdensome and of inconsequential value to the estate, unless, within fifteen (15) days from the date of service of this Notice, a creditor or other interested party files a written objection and request for hearing with the clerk of the bankruptcy court, and serves a copy of such a request on the Unites States trustee and the trustee herein at the address shown at the bottom right corner of this Notice. The trustee intends to abandon the following properties:

1. 575 Princeton Blvd, Pittsburgh, PA 15221
2. 108 Madonna Street, Pittsburgh, PA 15221

1. The Trustee motioned the court to sell these properties on August 9, 2017. The Order was granted on September 13, 2017.

2. The Trustee then motioned the court to amend the Order confirming that sale on September 21, 2017. The Order was granted on October 16, 2017.

3. Since the date the Motion to Amend Order was filed, the Trustee has repeatedly tried to get the buyer to close on these properties, but the buyer has refused to close.

4. Based on that situation, the Trustee believes there is no or nominal value in the property. The Trustee believes it is not beneficial to proceed with another attempt to sell the property, due to the costs involved and the potential nominal recovery to creditors.

Objections not timely filed and served may be deemed waived.

    THEREFORE, pursuant to 11 U.S.C. § 554(a), **IF NO OBJECTION IS FILED** with the Bankruptcy Court said **PROPERTY WILL BE ABANDONED ON NOVEMBER 3, 2017** without further Order of the Court.

Respectfully submitted,

DATE: October 18, 2017

*/s/ Eric E. Bononi*
Eric E. Bononi, Esquire
20 N. Pennsylvania Ave, Suite 201
Greensburg, PA  15601-2337
bankruptcy@bononilaw.com
(724) 832-2499
PA ID# 44730