IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Iftikhar A. Malik and Nasreen Malik,<br>      Debtor<br><br>Eric E. Bononi, Trustee<br>Movant<br><br>            v.<br><br>Iftikhar A. Malik and Nasreen Malik,<br>      Respondent | Bankruptcy No.: 16-23808-CMB<br><br>Chapter 7<br><br><br>Related to Document No.: 198, 199<br><br>Hearing Date and Time: Tuesday, November 7, 2017 at 1:30 P.M. |

## CERTIFICATE OF NO OBJECTION REGARDING TRUSTEE'S APPLICATION FOR COMPENSATION FOR FORENSIC ACCOUNTANT AT DOCUMENT NUMBER 198

    The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Trustee's Application for Compensation for Forensic Accountant filed on October 10, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Trustee's Application for Compensation for Forensic Accountant appears thereon. Pursuant to the Notice of Hearing, objections to the Trustee's Application for Compensation for Forensic Accountant were to be filed and served no later than October 31, 2017.

    It is hereby respectfully requested that the Order attached to the Trustee's Application for Compensation for Forensic Accountant be entered by the Court.


Dated:  November 1, 2017                                Respectfully submitted,

Prepared by:                                            */s/ Eric E. Bononi*
Eric E. Bononi                                          Eric E. Bononi, Esquire
                                                                     PA ID# 44730
                                                                     20 N. Pennsylvania Ave, Suite 201
                                                                     Greensburg, PA  15601-2337
                                                                     bankruptcy@bononilaw.com
                                                                     (724) 832-2499


**PAWB Local Form 25 (07/13)**