IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Iftikhar A. Malik and Nasreen Malik,<br>    Debtor(s) | Bankruptcy No. 16-23808-CMB<br><br>Chapter 7 |
| Eric E. Bononi, Trustee,<br>    Movant<br>              v.<br>Iftikhar A. Malik and Nasreen Malik ,<br>    Respondent(s) | Related to Document: 198, 199 |

**EXHIBIT TO EXHIBIT B OF APPLICATION FOR COMPENSATION FOR CHARLES DAHLMANN**

**PRIVATE INVESTIGATOR TIME SHEET**  Page # __1__

| Case Name: | | Iftakhar MALIK | | |
|---|---|---|---|---|
| | | **TIME** | | |
| **Date** | **Start** | **End** | **Total** | **Business Purpose** |
| 02/10/2017 | 600P | 800P | 2.5 | Scheduled out B/R Filing |
| 02/17/2017 | 930A | 1230P | 3.0 | Photo of Properties |
| 02/23/2017 | 1000A | 1200P | 2.0 | Memo of Activities |
| 02/27/2017 | 630P | 800P | 1.5 | Scheduled Real Estate |
| 04/03/2017 | 1030A | 130P | 3.0 | Photo of Properties with Bob Panahiazar |
| 05/01/2017 | 830A | 1230P | 4.0 | Interviewed Principal (Iftakhar Malik) |
| 05/11/2017 | 345P | 715P | 3.5 | Interviewed Prop Mgr Don Dais |
| 05/13/2017 | 130P | 330P | 2.0 | Memo of Don Dais |
| 05/16/2017 | 600P | 700P | 1.0 | PA Corp and Real Estate Search |
| 05/17/2017 | 900A | 1100A | 2.0 | Scheduled PNC Accounts |
| 05/18/2017 | 230P | 330P | 1.0 | Scheduled PNC Accounts |
| 05/19/2017 | 430P | 530P | 1.0 | Sch Preference Payments |
| 05/26/2017 | 830A | 1130A | 3.0 | Interviewed Prop Mgr Wilbur Young |
| 05/30/2017 | 400P | 700P | 3.0 | Showed 8th St. Prop to Bob Panahiazar |
| 06/19/2017 | 1200P | 230P | 2.5 | Met Tenants at 24 Revere Way |
| 06/21/2017 | 500P | 730P | 2.5 | Showed 24 Revere Way to Renee |
| 07/03/2017 | 1130A | 200P | 2.5 | Showed 209 Jacunda to Shayla |
| 07/17/2017 | 1030A | 1130A | 1.0 | PNC Review follow-up safe dep box |
| 07/18/2017 | 430P | 530P | 1.0 | Met with Trustee and Bob Panahiazar |
| 08/30/2017 | 430P | 730P | 3.0 | Showed 24 Revere Way to Zach (Realtor) |
| 09/05/2017 | 330P | 430P | 1.0 | Tenant and Bob P. Conflict |
| 09/06/2017 | 530P | 600P | 0.5 | Tenant and Bob P. Conflict |
| 09/13/2017 | 100P | 200P | 1.0 | Finalized Records |
| 09/29/2017 | | | 0.0 | Finalized Records and Closed Case Files |
| **Total** | | | **47.5** | |