# PROCEEDING MEMO

Date: 11/07/2017 01:30 pm

In re: Iftikhar A Malik and Nasreen Malik

Bankruptcy No. 16-23808-CMB
Chapter: 7
Doc. # 198

**Appearances:**

Movant(s):    Eric E. Bononi
              Sloan ✓

Respondent(s):

Creditor(s):

**Nature of Proceeding:**    Application for Compensation for Charles Dahlmann, Forensic Accountant

**Additional Pleadings:**    #200 Certificate of Service; #209 CNO

**Judge's Notes:**

**Outcome:**

✓ Motion is GRANTED   ✓ Order Entered

___ Motion is DENIED ___ Order entered

___ Motion WITHDRAWN

___ Motion is DISMISSED ___ Order entered

___ Reschedule for Proper Service

___ Case DISMISSED ___ Order entered

___ Parties to submit Order/Settlement/Stipulation by ___ days

___ CONTINUED MATTER: ___ for at least ___ days (Court to Issue Order)

___ ISSUE EVIDENTIARY HEARING NOTCE

___ Discovery time needed ___ days

___ Briefs to be filed:    Movant(s) brief due ___ days
                           Respondent(s) brief due ___ days
                           Trustee's brief due ___ days

Carlota M. Böhm
U.S. Bankruptcy Court

FILED
11/8/17 9:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA