IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Iftikhar A. Malik and Nasreen Malik,<br>    Debtor(s)<br><br>Eric E. Bononi, Trustee,<br>    Movant<br>        v.<br>Iftikhar A. Malik and Nasreen Malik,<br>    Respondent(s) | Bankruptcy No. 16-23808-CMB<br><br>Chapter 7<br><br>Related to Document No. 198<br><br>Hearing Date & Time: |

**ORDER OF COURT**

AND NOW, to wit, this __7th__ day of __November__, 20_17_, upon consideration of the foregoing application for reasonable compensation and expenses filed by Eric E. Bononi, Chapter 7 Trustee, it is hereby **ORDERED** that Charles P. Dahlmann and Chuck Dahlmann Investigations shall be awarded the sum of $4,750.00 for professional services and the sum of $0.00 for reimbursement of actual and necessary costs and expenses.

BY THE COURT:

CARLOTA M. BÖHM
UNITED STATES BANKRUPTCY JUDGE

FILED
11/8/17 9:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

1

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-23808-CMB
Iftikhar A Malik                                                          Chapter 7
Nasreen Malik
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: kthe              Page 1 of 2            Date Rcvd: Nov 08, 2017
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2017.
db/jdb         +Iftikhar A Malik,   Nasreen Malik,   132 Peppergrass Road,   Baden, PA 15005-2564

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2017 at the address(es) listed below:
              David A. Scott    on behalf of Creditor    Nissan Motor Acceptance Corporation scott@lg-law.com
              Donna M. Donaher    on behalf of Creditor    First National Bank of Pennsylvania
               donaherd@fnb-corp.com
              Eric E Bononi    on behalf of Plaintiff Eric E. Bononi bankruptcy@bononilaw.com
              Eric E. Bononi    on behalf of Plaintiff Eric E. Bononi bankruptcy@bononilaw.com,   pa69@ecfcbis.com
              Eric E. Bononi     bankruptcy@bononilaw.com,   pa69@ecfcbis.com
              Eric E. Bononi    on behalf of Trustee Eric E. Bononi bankruptcy@bononilaw.com,   pa69@ecfcbis.com
              Ismail  Yousef    on behalf of Creditor Christina  Adams iyousef@romanowlawgroup.com
              James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water and Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Woodland Hills School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
              Jennifer L. Cerce    on behalf of Creditor    Municipality Of Penn Hills jlc@mbm-law.net
              Jennifer L. Cerce    on behalf of Creditor    North Allegheny School District jlc@mbm-law.net
              Kevin Scott Frankel    on behalf of Creditor    JPMorgan Chase Bank, National Association as
               servicer for PNC Bank, N.A. pabk@logs.com
              Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
               larry.e.wahlquist@usdoj.gov
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Robert C. Edmundson    on behalf of Creditor    Office of Attorney General Department of Revenue
               redmundson@attorneygeneral.gov
              Robert O Lampl    on behalf of Creditor Concetta and Michael  Crea rol@lampllaw.com,
               jschemm@lampllaw.com;jlacher@lamplaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.
               com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com
              Robert O Lampl    on behalf of Creditor    Greater Northern Community Investment Group, Inc.
               rol@lampllaw.com,
               jschemm@lampllaw.com;jlacher@lamplaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.
               com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.desc
              Robert O Lampl    on behalf of Creditor    Blumling & Swartz, LLC rol@lampllaw.com,
               jschemm@lampllaw.com;jlacher@lamplaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.
               com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com

```
District/off: 0315-2          User: kthe               Page 2 of 2             Date Rcvd: Nov 08, 2017
                              Form ID: pdf900          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Robert O Lampl    on behalf of Creditor    Red Rock Collections, LLC rol@lampllaw.com, jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com

          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

          Stephen J. Jurman    on behalf of Joint Debtor Nasreen    Malik stephen@jurmanlaw.com, jurmanlaw@gmail.com

          Stephen J. Jurman    on behalf of Debtor Iftikhar A Malik stephen@jurmanlaw.com, jurmanlaw@gmail.com

          Stephen J. Jurman    on behalf of Defendant Iftikhar A Malik stephen@jurmanlaw.com, jurmanlaw@gmail.com

          Stephen J. Jurman    on behalf of Defendant Nasreen    Malik stephen@jurmanlaw.com, jurmanlaw@gmail.com

          TOTAL: 29