IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
IN RE:                                    )
IFTIKHAR A. MALIK and NASREEN MALIK)      CASE NO.: 16-23808-CMB
                                          )  CHAPTER 13
    Debtor,                               )
                                          )
IFTIKHAR A. MALIK and NASREEN MALIK)
                                          )
    Movant,                               )
                                          )
    vs.                                   )
                                          )
JPMORGAN CHASE BANK, NATIONAL             )
ASSOCIATION as SERVICER for PNC           )
BANK and ERIC E. BONONI, Trustee,         )
                                          )
    Respondents.                          )
```

CERTIFICATE OF SERVICE OF NOTICE AND ORDER SETTING HEARING ON AN EXPEDITED BASIS AND EXPEDITED MOTION TO IMPOSE THE AUTOMATIC STAY

    I certify under penalty of perjury that I served above captioned pleading on the parties at the addresses specified below or on the attached list on   12/4/2017   .

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or other types of service) was    First-Class Mail    .

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification." and those served by mail will be listed under the heading "Service by First-Class Mail."

| | |
|---|---|
| 12/4/2017 | Franklin L. Robinson Jr., Esquire    /s/ |
| Date | Franklin L. Robinson Jr., Esquire |
| | 5907 Penn Ave., |
| | Suite 200 |
| | Pittsburgh, PA 15206 |
| | (412) 363-6685 |
| | PA ID No. #74464 |
| | Frobin69704@aol.com |

MALIK

Ally Financial
PO Box 130424
Roseville MN 55113-0004

Ally Financial
Po Box 380901
Bloomington, MN 55438-0901

American Express Bank FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701


AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

Amex
Correspondence
PO Box 981540
El Paso, TX 79998-1540

Aspen Coll
Pob 10689
Brooksville, FL 34603-0689

Bank Of America
Nc4-105-03-14
Po Box 26012
Greensboro, NC 27420-6012

Blumling & Swartz, LLC
|c/o Robert O Lampl Law Office
960 Penn Avenue
Suite 1200
Pittsburgh,, PA 15222-3826

City and School District of Pittsburgh
Goehring, Rutter & Boehm
|c/o Jeffrey R. Hunt, Esquire
|437 Grant Street, 14th Floor
Frick Building
Pittsburgh, PA 15219-6101

County of Allegheny
Goehring, Rutter & Boehm
|437 Grant Street, 14th Floor
|Frick Building
|Pittsburgh, PA 15219-6101
|
First National Bank of Pennsylvania
c/o Donna M. Donaher, Esquire
|100 Federal Street
|4th Floor|
Pittsburgh, PA 15212-5708

Greater Northern Community Investment Group,
c/o Robert O Lampl Law Office
960 Penn Avenue|Suite 1200
Pittsburgh, PA 15222-3826

JPMorgan Chase Bank, National Association as
3415 Vision Drive
Columbus, OH 43219-6009

Capital One
Po Box 30285
Salt Lake City, UT 84130-0285

Chase Auto Finance
National Bankruptcy Dept
201 N Central Ave Ms Az1-1191
Phoenix, AZ 85004-1071

Chase Mtg
Po Box 24696
Columbus, OH 43224-0696

Christina Adams
7373 Holstein Drive
Oakdale, PA 15071

Citibank / Sears
Citicard Credit Srvs
Centralized Bankrup
Po Box 790040
Saint Louis, MO 63179-0040

Citibank/The Home Depot
Citicorp Credit Srvs/Centralized Bankrup
Po Box 790040
Saint Louis, MO 63179-0040

City and School District of Pittsburgh
Goehring, Rutter & Boehm
c/o Jeffrey R. Hunt, Esquire
|437 Grant Street, 14th Floor
Frick Building
Pittsburgh, PA 15219-6101

COLLECTION SERVICE CENTER INC
363 VANADIUM ROAD, STE 109
PITTSBURGH PA 15243-1477

Comenity Bank/Express
Po Box 18215
Columbus, OH 43218

Comenity Bank/nwyrk&co
220 W Schrock Rd
Westerville, OH 43081-2873

Concetta Crea and Michael Crea
c/o Robert O Lampl Law Office
960 Penn Avenue, Suite 1200
Pittsburgh, PA 15222-3826

County of Allegheny
Goehring, Rutter & Boehm
c/o Jeffrey R. Hunt, Esquire
437 Grant Street, 14th Floor
Frick Building
Pittsburgh, PA 15219-6101

Credit First/CFNA
Bk13 Credit Operations
Po Box 818011
Cleveland, OH 44181-8011

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025

Discover Financial
Po Box 3025
New Albany, OH 43054-3025

First National Bank of Pennsylvania
c/o Donna Donaher
One North Shore Center
12 Federal Street, 1st Floor
Pittsburgh, PA 15212-5752

First National Bank of Pennsylvania
c/o Donna M. Donaher, Esquire
|100 Federal Street
|4th Floor|
Pittsburgh, PA 15212-5708

Greater Northern Community Investment Group,
c/o Robert O Lampl Law Office
960 Penn Avenue|Suite 1200
Pittsburgh, PA 15222-3826

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Nissan Acceptance Co
Pob 660366
Dallas, TX 75266-0366

Nissan Motor Acceptance
Po Box 660360
Dallas, TX 75266-0360

North Allegheny School District
c/o Maiello Brungo & Maiello, LLP
100 Purity Road
Suite 3
|Pittsburgh, PA 15235-4441

Office of Attorney General Department of Rev
Robert C. Edmundson
564 Forbes Avenue
Pittsburgh, PA 15219-2908

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Penn Hills School District
c/o Maiello Brungo & Maiello, LLP
100 Purity Road|Suite 3
Pittsburgh, PA 15235-4441

Peoples Natural Gas Company LLC
|c/o S. James Wallace, P.C.
845 N. Lincoln Ave.
Pittsburgh, PA 15233-1828

Pittsburgh Water and Sewer Authority
Goehring, Rutter & Boehm
437 Grant Street, 14th Floor
Frick Building|Pittsburgh, PA 15219-6101

Nordstrom Fsb
Correspondence
Po Box 6555
Englewood, CO 80155-6555

North Allegheny School District
c/o Maiello Brungo & Maiello, LLP
100 Purity Road, Suite 3
Pittsburgh, PA 15235-4441

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

PNC Bank
249 5th Sve Ste 30
Pittsburgh, PA 15222

PNC Bank Credit Card
Po Box 5570
Mailstop  BR- YB58-01-5
Cleveland, OH 44101-0570

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Penn Hills Municipality
c/o Maiello Brungo & Maiello, LLP
100 Purity Road, Suite 3
Pittsburgh, PA 15235-4441

Penn Hills School District
c/o Maiello Brungo & Maiello, LLP
100 Purity Road, Suite 3
Pittsburgh, PA 15235-4441

Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA  17128-0946

Pittsburgh Water & Sewer Authority
Goehring, Rutter & Boehm
c/o Jeffrey R. Hunt, Esquire
437 Grant Street, 14th Floor
Frick Building|Pittsburgh, PA 15219-6101

Pnc Bank
2730 Liberty Ave
Pittsburgh, PA 15222-4747

PNC Bank, National Association
c/o Samantha Gable, Esquire
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
Fax: 610-278-9980

Red Rock Collections, LLC
c/o Robert O Lampl Law Office
960 Penn Avenue
Suite 1200
Pittsburgh, PA 15222-3826

Steel Valley School District
c/o Legal Tax Service
714 Lebanon Road
West Mifflin, PA 15122-1030

Synchrony Bank/ JC Penneys
Po Box 965064
Orlando, FL 32896-5064

Synchrony Bank/ Old Navy
Po Box 965064
Orlando, FL 32896-5064

Synchrony Bank/Lowes
Po Box 965064
Orlando, FL 32896-5064

Target |C/O Financial & Retail Services
Mailstop BT PO Box 9475
Minneapolis, MN 55440-9475

Visa Dept Store National Bank
Attn: Bankruptcy
Po Box 8053
Mason, OH 45040-8053

Wells Fargo Auto Finance
Attn: Bankruptcy
2nd Floor, 13675 Technology Dr|
Eden Prairie, MN 55344-2252

Woodland Hills School District
Goehring, Rutter & Boehm
c/o Jeffrey R. Hunt, Esquire
437 Grant Street, 14th Floor
Frick Building|Pittsburgh, PA 15219-6101

Eric E. Bononi, Trustee
20 North Pennsylvania Avenue
Greensburg, PA 15601-2337
e-mail:bankruptcy@bononilaw.com

Stephen J. Jurman, Esquire
1729 Yorktown Place,
Pittsburgh, PA 15235-4927
e-mail:stephen@jurmanlaw.com