# PROCEEDING MEMO

Date: 12/04/2017 02:30 pm

In re: Iftikhar A Malik and Nasreen Malik

Bankruptcy No. 16-23808-CMB
Chapter: 7
Doc. # 212

**Appearances:**

**Movant(s):** Ismail N. Yousef / David Romanow

**Respondent(s):** Stephen J. Jurman; Eric E. Bononi, Trustee

**Creditor(s):**

**Nature of Proceeding:** Motion for Relief from Stay by Christina Adams

**Additional Pleadings:** #213 Certificate of Service; No CNO

**Judge's Notes:**

**Outcome:** _modified_

___ Motion is GRANTED  ✓ Order Entered

___ Motion is DENIED ___ Order entered

___ Motion WITHDRAWN

___ Motion is DISMISSED ___ Order entered

___ Reschedule for Proper Service

___ Case DISMISSED ___ Order entered

___ Parties to submit Order/Settlement/Stipulation by ___ days

___ CONTINUED MATTER: ___ for at least ___ days (Court to Issue Order)

___ ISSUE EVIDENTIARY HEARING NOTCE

___ Discovery time needed ___ days

___ Briefs to be filed:    Movant(s) brief due ___ days
                            Respondent(s) brief due ___ days
                            Trustee's brief due ___ days

Carlota M. Böhm
U.S. Bankruptcy Court

FILED
12/5/17 11:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA