# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Iftikhar A. Malik and Nasreen Malik,<br>    Debtor(s)<br><br><br>Christina Adams,<br>    Movant,<br><br>v.<br><br>Iftikhar A. Malik and Nasreen Malik,<br>    Respondent(s). | Bankruptcy No. 16-23808-CMB<br><br>Chapter 7<br><br>Related to Document No. 212 |

## ORDER OF COURT

Upon consideration of the foregoing Motion to Modify the Automatic Stay filed by Creditor Christina Adams, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

1. The Automatic Stay imposed upon the State-level civil action filed by Christina Adams in the Court of Common Pleas of Allegheny County, Pennsylvania, (Case No. GD- 17-008462) is lifted and the case may proceed to final judgment, to the extent provided herein.
2. Should Christina Adams obtain a monetary judgement against Debtors in the State action, Adams may satisfy the judgment from available insurance benefits only, and may not collect from other sources including the assets of Debtors.

Date:  December 4, 2017

Honorable Carlota M. Böhm
United States Bankruptcy Court Judge

FILED
12/5/17 11:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Iftikhar A Malik
Nasreen Malik
    Debtors

Case No. 16-23808-CMB
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2   User: kthe   Page 1 of 2   Date Rcvd: Dec 05, 2017
Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2017.
db/jdb   +Iftikhar A Malik,   Nasreen Malik,   132 Peppergrass Road,   Baden, PA 15005-2564

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2017 at the address(es) listed below:
      David A. Scott    on behalf of Creditor    Nissan Motor Acceptance Corporation scott@lg-law.com
      Donna M. Donaher    on behalf of Creditor    First National Bank of Pennsylvania
       donaherd@fnb-corp.com
      Eric E Bononi    on behalf of Plaintiff Eric E. Bononi bankruptcy@bononilaw.com
      Eric E. Bononi    on behalf of Plaintiff Eric E. Bononi bankruptcy@bononilaw.com,  pa69@ecfcbis.com
      Eric E. Bononi     bankruptcy@bononilaw.com,  pa69@ecfcbis.com
      Eric E. Bononi    on behalf of Trustee Eric E. Bononi bankruptcy@bononilaw.com,  pa69@ecfcbis.com
      Franklin L. Robinson, Jr.    on behalf of Joint Debtor Nasreen  Malik frobi69704@aol.com,
       flrlegal@excite.com;robinsonfr66530@notify.bestcase.com
      Franklin L. Robinson, Jr.    on behalf of Debtor Iftikhar A Malik frobi69704@aol.com,
       flrlegal@excite.com;robinsonfr66530@notify.bestcase.com
      Ismail Yousef    on behalf of Creditor Christina  Adams iyousef@romanowlawgroup.com
      James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
      Jeffrey R. Hunt    on behalf of Creditor    Woodland Hills School District jhunt@grblaw.com,
       cnoroski@grblaw.com
      Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
       cnoroski@grblaw.com
      Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
       cnoroski@grblaw.com
      Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water and Sewer Authority jhunt@grblaw.com,
       cnoroski@grblaw.com
      Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
      Jennifer L. Cerce    on behalf of Creditor    Municipality Of Penn Hills jlc@mbm-law.net
      Jennifer L. Cerce    on behalf of Creditor    North Allegheny School District jlc@mbm-law.net
      Kevin Scott Frankel    on behalf of Creditor    JPMorgan Chase Bank, National Association as
       servicer for PNC Bank, N.A. pabk@logs.com
      Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
       larry.e.wahlquist@usdoj.gov
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
       ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
      Robert C. Edmundson    on behalf of Creditor    Office of Attorney General Department of Revenue
       redmundson@attorneygeneral.gov
      Robert O Lampl    on behalf of Creditor Concetta and Michael  Crea rol@lampllaw.com,
       jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.
       com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.desc
      Robert O Lampl    on behalf of Creditor    Greater Northern Community Investment Group, Inc.
       rol@lampllaw.com,
       jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.
       com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com

```
District/off: 0315-2          User: kthe                 Page 2 of 2              Date Rcvd: Dec 05, 2017
                              Form ID: pdf900            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Robert O Lampl   on behalf of Creditor   Blumling & Swartz, LLC rol@lampllaw.com, jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com

          Robert O Lampl   on behalf of Creditor   Red Rock Collections, LLC rol@lampllaw.com, jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com

          S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

          Stephen J. Jurman   on behalf of Joint Debtor Nasreen  Malik stephen@jurmanlaw.com, jurmanlaw@gmail.com

          Stephen J. Jurman   on behalf of Debtor Iftikhar A Malik stephen@jurmanlaw.com, jurmanlaw@gmail.com

          Stephen J. Jurman   on behalf of Defendant Iftikhar A Malik stephen@jurmanlaw.com, jurmanlaw@gmail.com

          Stephen J. Jurman   on behalf of Defendant Nasreen  Malik stephen@jurmanlaw.com, jurmanlaw@gmail.com

          TOTAL: 31