# PROCEEDING MEMO

Date: 12/20/2017 09:30 am

In re: Iftikhar A Malik and Nasreen Malik

Bankruptcy No. 16-23808-CMB
Chapter: 7
Doc. # 222

**Appearances:**

Movant(s):    Franklin L. Robinson, Jr. ✓

Respondent(s):    ~~Kevin S. Frankel~~
                  Mark Pfeabentchaul ✓

Creditor(s):

Nature of Proceeding:    Debtors' Expedited Motion to Impose the Automatic Stay

Additional Pleadings:  #224 Certificate of Service; #228 Response by JPMorgan Chase Bank

Judge's Notes:

Outcome:

____Motion is GRANTED____Order Entered

__✓__Motion is DENIED__✓__Order entered

____Motion WITHDRAWN

____Motion is DISMISSED____Order entered

____Reschedule for Proper Service

____Case DISMISSED____Order entered

____Parties to submit Order/Settlement/Stipulation by____days

____CONTINUED MATTER: ____for at least____days (Court to Issue Order)

____ISSUE EVIDENTIARY HEARING NOTCE

____Discovery time needed____days

____Briefs to be filed:    Movant(s) brief due____days
                            Respondent(s) brief due____days
                            Trustee's brief due____days

Carlota M. Böhm
U.S. Bankruptcy Court

FILED
12/20/17 9:52 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA