Certificate Number: 15317-PAW-DE-030403825

Bankruptcy Case Number: 16-23808



15317-PAW-DE-030403825

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 8, 2018</u>, at <u>6:11</u> o'clock <u>PM PST</u>, <u>Iftikhar Malik</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>January 8, 2018</u>          By:    <u>/s/Christel Raz</u>

                                       Name:  <u>Christel Raz</u>

                                       Title: <u>Counselor</u>