Certificate Number: 15317-PAW-DE-030403826

Bankruptcy Case Number: 16-23808



15317-PAW-DE-030403826

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 8, 2018, at 6:11 o'clock PM PST, Nasreen Malik completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:    January 8, 2018          By:    /s/Christel Raz

Name:  Christel Raz

Title:   Counselor