IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| | : | |
| IFTIKHAR A. MALIK, | : | Case No. 16-23808-CMB |
| NASREEN MALIK | : | |
|     Debtor(s) | : | |
| | : | |
| IFTIKHAR A. MALIK, | : | |
| NASREEN MALIK | : | |
|     Movant, | : | |
| v. | : | |
| | : | |
| ERIC E. BONONI, Trustee, | : | |
|     No Respondents. | : | |

TO: THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE UNITED STATES TRUSTEE, THE CREDITOR(S) AND HIS/HER/THEIR ATTORNEY OF RECORD HEREIN AND TO ALL PARTIES IN INTEREST

    YOU ARE HEREBY authorized to substitute Attorney Franklin L. Robinson, Jr., Esquire as attorneys for the Debtor in connection with the above-captioned action.

Dated: 1/9/2018                                                                                    Dated: 1/9/2018

Franklin L. Robinson Jr., Esquire  /s/                                   Stephen J. Jurman, Esquire /s/
Franklin L. Robinson Jr., Esquire                                        Stephen J. Jurman, Esquire
5907 Penn Avenue                                                         1729 Yorktown Place
Suite 200                                                                Pittsburgh, PA 15235
Pittsburgh, PA 15206                                                     412-262-2575
(412) 363-6685                                                           Email:stephen@jurmanlaw.com
PA ID No. #74464
frobi69704@aol.com