**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Iftikhar A Malik** | Social Security number or ITIN **xxx–xx–8247** |
| | First Name   Middle Name   Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Nasreen Malik** | Social Security number or ITIN **xxx–xx–4008** |
| | First Name   Middle Name   Last Name | EIN _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **16–23808–CMB**

## Order of Discharge                                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Iftikhar A Malik                                                        Nasreen Malik

1/25/18                                                        **By the court:**   Carlota M. Bohm
                                                                                    United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                           Case No. 16-23808-CMB
Iftikhar A Malik                                                 Chapter 7
Nasreen Malik
       Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: amaz              Page 1 of 3         Date Rcvd: Jan 25, 2018
                              Form ID: 318            Total Noticed: 60
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 27, 2018.
```
db/jdb         +Iftikhar A Malik,    Nasreen Malik,    132 Peppergrass Road,    Baden, PA 15005-2564
cr             +City and School District of Pittsburgh,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA   15219,
                 UNITED STATES OF AMERICA 15219-6101
cr             +Concetta and Michael Crea,    960 Penn Avenue,    Suite 1200,    Pittsburgh, PA 15222-3826
cr             +County of Allegheny,    Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh, PA 15219-6101
cr             +First National Bank of Pennsylvania,    c/o Donna M. Donaher, Esquire,    100 Federal Street,
                 4th Floor,    Pittsburgh, PA 15212-5708
cr             +Greater Northern Community Investment Group, Inc.,    c/o Robert O Lampl Law Office,
                 960 Penn Avenue,    Suite 1200,    Pittsburgh, PA 15222-3826
cr             +JPMorgan Chase Bank, National Association as servi,    3415 Vision Drive,
                 Columbus, OH 43219-6009
cr             +Office of Attorney General Department of Revenue,    Robert C. Edmundson,    564 Forbes Avenue,
                 Pittsburgh, PA 15219-2908
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
cr             +Pittsburgh Water and Sewer Authority,    Goehring, Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
cr             +Red Rock Collections, LLC,    c/o Robert O Lampl Law Office,    960 Penn Avenue,    Suite 1200,
                 Pittsburgh, PA 15222-3826
cr             +Woodland Hills School District,    Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh, PA 15219-6101
14303824       +Aspen Coll,    Pob 10689,    Brooksville, FL 34603-0689
14341226       +Blumling & Swartz, LLC,    c/o Robert O Lampl Law Office,    960 Penn Avenue, Suite 1200,
                 Pittsburgh, PA 15222-3826
14303832      ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
                (address filed with court: Collection Service Cen,     Attn:Collection Center,    Po Box 14931,
                 Pittsburgh, PA 15234)
14303828        Chase Mtg,    Po Box 24696,    Columbus, OH 43224-0696
14718801        Christina Adams,    7373 Holstein Drive.,    Oakdale, PA 15071
14303829       +Citibank / Sears,    Citicard Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
14303830       +Citibank Sears,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
14303831       +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
14385905       +City and School District of Pittsburgh,    Goehring, Rutter & Boehm,
                 c/o Jeffrey R. Hunt, Esquire,    437 Grant Street, 14th Floor,    Frick Building,
                 Pittsburgh, PA 15219-6101
14341227       +Concetta Crea and Michael Crea,    c/o Robert O Lampl Law Office,    960 Penn Avenue, Suite 1200,
                 Pittsburgh, PA 15222-3826
14385907       +County of Allegheny,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14361126       +First National Bank of Pennsylvania,    c/o Donna Donaher,    One North Shore Center,
                 12 Federal Street, 1st Floor,    Pittsburgh, PA 15212-5752
14341229       +Greater Northern Community Inv. Group, Inc.; Red R,    c/o Robert o Lampl Law Office,
                 960 Penn Avenue, Suite 1200,    Pittsburgh, PA 15222-3826
14303837       +Nissan Acceptance Co,    Pob 660366,    Dallas, TX 75266-0366
14303838       +Nissan Motor Acceptanc,    Po Box 660360,    Dallas, TX 75266-0360
14311847       +North Allegheny School District,    c/o Maiello Brungo & Maiello, LLP,
                 100 Purity Road, Suite 3,    Pittsburgh, PA 15235-4441
14303840        PNC Bank,    249 5th Sve Ste 30,    Pittsburgh, PA 15222
14303842       +PNC Bank Credit Card,    Po Box 5570,    Mailstop BR- YB58-01-5,    Cleveland, OH 44101-0570
14311845       +Penn Hills Municipality,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
                 Pittsburgh, PA 15235-4441
14311846       +Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
                 Pittsburgh, PA 15235-4441
14385909       +Pittsburgh Water & Sewer Authority,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14303841       +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
14401495       +Steel Valley School District,    c/o Legal Tax Service,    714 Lebanon Road,
                 West Mifflin, PA 15122-1030
14303847       +Visa Dept Store National Bank,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
14385912       +Woodland Hills School District,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 26 2018 01:42:24      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
14303822        EDI: HNDA.COM Jan 26 2018 01:38:00      American Honda Finance,    Po Box 168088,
                 Irving, TX 75016
```

```
District/off: 0315-2          User: amaz                  Page 2 of 3                  Date Rcvd: Jan 25, 2018
                              Form ID: 318                Total Noticed: 60

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14303821       +EDI: GMACFS.COM Jan 26 2018 01:33:00      Ally Financial,    Po Box 380901,
                 Bloomington, MN 55438-0901
14316490        EDI: GMACFS.COM Jan 26 2018 01:33:00      Ally Financial,    PO Box 130424,
                 Roseville MN 55113-0004
14335711        EDI: BECKLEE.COM Jan 26 2018 01:33:00      American Express Bank FSB,    c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
14303823       +EDI: AMEREXPR.COM Jan 26 2018 01:33:00      Amex,    Correspondence,    Po Box 981540,
                 El Paso, TX 79998-1540
14303825       +EDI: BANKAMER.COM Jan 26 2018 01:33:00      Bank Of America,    Nc4-105-03-14,    Po Box 26012,
                 Greensboro, NC 27420-6012
14303826       +EDI: CAPITALONE.COM Jan 26 2018 01:33:00      Capital One,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
14303827       +EDI: CAUT.COM Jan 26 2018 01:33:00      Chase Auto Finance,    National Bankruptcy Dept,
                 201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
14303833        EDI: WFNNB.COM Jan 26 2018 01:33:00      Comenity Bank/Express,    Po Box 18215,
                 Columbus, OH 43218
14303834       +EDI: WFNNB.COM Jan 26 2018 01:33:00      Comenity Bank/nwyrk&co,    220 W Schrock Rd,
                 Westerville, OH 43081-2873
14303835       +EDI: CRFRSTNA.COM Jan 26 2018 01:33:00      Credit First/CFNA,    Bk13 Credit Operations,
                 Po Box 818011,   Cleveland, OH 44181-8011
14307716        EDI: DISCOVER.COM Jan 26 2018 01:33:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,   New Albany, OH  43054-3025
14303836       +EDI: DISCOVER.COM Jan 26 2018 01:33:00      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
14729504       +EDI: IRS.COM Jan 26 2018 01:34:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
14303839       +E-mail/Text: bnc@nordstrom.com Jan 26 2018 01:42:15      Nordstrom Fsb,    Correspondence,
                 Po Box 6555,   Englewood, CO 80155-6555
14307612        EDI: PRA.COM Jan 26 2018 01:33:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14308507        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 26 2018 01:42:24
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14303843       +EDI: RMSC.COM Jan 26 2018 01:34:00      Synchrony Bank/ JC Penneys,    Po Box 965064,
                 Orlando, FL 32896-5064
14303844       +EDI: RMSC.COM Jan 26 2018 01:34:00      Synchrony Bank/ Old Navy,    Po Box 965064,
                 Orlando, FL 32896-5064
14303845       +EDI: RMSC.COM Jan 26 2018 01:34:00      Synchrony Bank/Lowes,    Po Box 965064,
                 Orlando, FL 32896-5064
14303846       +EDI: WTRRNBANK.COM Jan 26 2018 01:33:00      Target,    C/O Financial & Retail Services,
                 Mailstop BT PO Box 9475,    Minneapolis, MN 55440-9475
14303848       +EDI: WFFC.COM Jan 26 2018 01:33:00      Wells Fargo Auto Finance,    Attn: Bankruptcy  2nd Floor,
                 13675 Technology Dr,   Eden Prairie, MN 55344-2252
                                                                                                TOTAL: 23

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Duquesne Light Company
cr             JPMORGAN CHASE BANK, N.A.
cr             Municipality Of Penn Hills
cr             Nissan Motor Acceptance Corporation
cr*           +Blumling & Swartz, LLC,   c/o Robert O Lampl Law Office,    960 Penn Avenue,    Suite 1200,
                 Pittsburgh,, PA 15222-3826
cr*            Christina Adams,   7373 Holstein Drive,    Oakdale, PA  15071
cr*           +North Allegheny School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road,
                 Suite 3,   Pittsburgh, PA 15235-4441
cr*           +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
cr*           +Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road,    Suite 3,
                 Pittsburgh, PA 15235-4441
14341228*     +Concetta Crea and Michael Crea,    c/o Robert O Lampl Law Office,    960 Penn Avenue, Suite 1200,
                 Pittsburgh, PA 15222-3826
14341230*     +Greater Northern Community Inv. Group, Inc., Red R,    c/o Robert O Lampl Law Office,
                 960 Penn Avenue, Suite 1200,   Pittsburgh, PA 15222-3826
                                                                                        TOTALS: 4, * 7, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-2           User: amaz                  Page 3 of 3                   Date Rcvd: Jan 25, 2018
                               Form ID: 318                Total Noticed: 60
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 25, 2018 at the address(es) listed below:
              David A. Scott    on behalf of Creditor    Nissan Motor Acceptance Corporation scott@lg-law.com
              Donna M. Donaher    on behalf of Creditor    First National Bank of Pennsylvania
               donaherd@fnb-corp.com
              Eric E Bononi    on behalf of Plaintiff Eric E. Bononi bankruptcy@bononilaw.com
              Eric E. Bononi    on behalf of Trustee Eric E. Bononi bankruptcy@bononilaw.com, pa69@ecfcbis.com
              Eric E. Bononi    on behalf of Plaintiff Eric E. Bononi bankruptcy@bononilaw.com, pa69@ecfcbis.com
              Eric E. Bononi     bankruptcy@bononilaw.com, pa69@ecfcbis.com
              Franklin L. Robinson, Jr.    on behalf of Debtor Iftikhar A Malik frobi69704@aol.com,
               flrlegal@excite.com;robinsonfr66530@notify.bestcase.com
              Franklin L. Robinson, Jr.    on behalf of Joint Debtor Nasreen  Malik frobi69704@aol.com,
               flrlegal@excite.com;robinsonfr66530@notify.bestcase.com
              Ismail Yousef    on behalf of Creditor Christina  Adams iyousef@romanowlawgroup.com
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Woodland Hills School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water and Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
              Jennifer L. Cerce    on behalf of Creditor    Municipality Of Penn Hills jlc@mbm-law.net
              Jennifer L. Cerce    on behalf of Creditor    North Allegheny School District jlc@mbm-law.net
              Kevin Scott Frankel    on behalf of Creditor    JPMorgan Chase Bank, National Association as
               servicer for PNC Bank, N.A. pabk@logs.com
              Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
               larry.e.wahlquist@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Robert C. Edmundson    on behalf of Creditor    Office of Attorney General Department of Revenue
               redmundson@attorneygeneral.gov
              Robert O Lampl    on behalf of Creditor    Red Rock Collections, LLC rol@lampllaw.com,
               jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.
               com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com
              Robert O Lampl    on behalf of Creditor Concetta and Michael  Crea rol@lampllaw.com,
               jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.
               com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com
              Robert O Lampl    on behalf of Creditor    Greater Northern Community Investment Group, Inc.
               rol@lampllaw.com,
               jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.
               com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com
              Robert O Lampl    on behalf of Creditor    Blumling & Swartz, LLC rol@lampllaw.com,
               jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.
               com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Stephen J. Jurman    on behalf of Defendant Iftikhar A Malik stephen@jurmanlaw.com,
               jurmanlaw@gmail.com
              Stephen J. Jurman    on behalf of Defendant Nasreen  Malik stephen@jurmanlaw.com,
               jurmanlaw@gmail.com
                                                                                             TOTAL: 29
```