| | | |
|---|---|---|
| Eric E. Bononi | The Honorable: | Carlota M. Bohm |
| 20 N. Pennsylvania Ave. | Chapter   7 | |
| Greensburg, PA  15601 | Location: | U.S. BANKRUPTCY COURT |
| (724) 832-2499 | Hearing Date: | 03/19/2018 |
| Chapter 7 Trustee | Hearing Time: | 01:30pm |
| | Response Date: | / / |

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

In re:
MALIK, IFTIKHAR A
MALIK, NASREEN
    Debtor(s)

§ Case No. 16-23808-CMB
§
§ Chapter 7
§
§ Document No.

Eric E. Bononi, Trustee
    Movant

v.

No Respondents

---

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that Eric E. Bononi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

**UST Form 101-7-NFR (10/1/2010)**

     Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 01:30pm on 03/19/2018 in Courtroom B, United States Courthouse,
United States Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  02/19/2018          By:  /s/Eric E. Bononi
                                                                                       Trustee

Eric E. Bononi
20 N. Pennsylvania Ave.
Greensburg, PA  15601
(724) 832-2499

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Eric E. Bononi | The Honorable: | Carlota M. Bohm |
| 20 N. Pennsylvania Ave. | Chapter 7 | |
| Greensburg, PA 15601 | Location: | U.S. BANKRUPTCY COURT |
| (724) 832-2499 | Hearing Date: | 03/19/2018 |
| Chapter 7 Trustee | Hearing Time: | 01:30pm |
| | Response Date: | / / |

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

In re:
MALIK, IFTIKHAR A               § Case No. 16-23808-CMB
MALIK, NASREEN                  § Chapter 7
     Debtor(s)                  § Document No.
                                §

Eric E. Bononi, Trustee
     Movant

                              v.

No Respondents

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*          $    152,751.00

*and approved disbursements of*               $     90,776.80

*leaving a balance on hand of*  [1]           $     61,974.20

**Balance on hand:**                          $     61,974.20

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Nissan Acceptance Co | 6,281.71 | 0.00 | 0.00 | 0.00 |
| 2 | Nissan Acceptance Co | 6,605.40 | 0.00 | 0.00 | 0.00 |
| 5 | Penn Hills Municipality | 2,727.98 | 2,727.98 | 0.00 | 2,727.98 |
| 6 | Penn Hills School District | 7,601.85 | 7,601.85 | 0.00 | 7,601.85 |
| 7 | North Allegheny School District | 9,748.08 | 0.00 | 0.00 | 0.00 |
| 8 | Ally Financial | 14,311.09 | 0.00 | 0.00 | 0.00 |
| 13 | First National Bank of Pennsylvania | 189,921.28 | 0.00 | 0.00 | 0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| 14 | City and School District of Pittsburgh | 46,362.76 | 0.00 | 0.00 | 0.00 |
| 15 | County of Allegheny | 22,680.00 | 0.00 | 0.00 | 0.00 |
| 16 | Pittsburgh Water & Sewer Authority | 7,921.67 | 0.00 | 0.00 | 0.00 |
| 17 | Woodland Hills School District | 1,860.17 | 0.00 | 0.00 | 0.00 |
| 18 | Steel Valley School District | 6,939.79 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 10,329.83
Remaining balance: $ 51,644.37

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Eric E. Bononi | 10,232.55 | 0.00 | 10,232.55 |
| Attorney for Trustee, Fees - Eric E. Bononi, Esquire | 3,000.00 | 0.00 | 3,000.00 |
| Attorney for Trustee, Expenses - Eric E. Bononi, Esquire | 2,250.68 | 0.00 | 2,250.68 |
| Accountant for Trustee, Fees - Charles P. Dahlmann | 4,750.00 | 0.00 | 4,750.00 |
| Charges, U.S. Bankruptcy Court | 1,255.00 | 0.00 | 1,255.00 |

Total to be paid for chapter 7 administration expenses: $ 21,488.23
Remaining balance: $ 30,156.14

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 30,156.14

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $27,746.84 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4P | Pennsylvania Department of Revenue | 26,746.84 | 0.00 | 26,746.84 |
| 20 | Internal Revenue Service | 1,000.00 | 0.00 | 1,000.00 |

|  | Total to be paid for priority claims: | $ | 27,746.84 |
|---|---|---|---|
|  | Remaining balance: | $ | 2,409.30 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 823,157.91 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Discover Bank | 2,442.76 | 0.00 | 7.15 |
| 9 | American Express Bank FSB | 44,092.18 | 0.00 | 129.05 |
| 10 | Blumling & Swartz, LLC | 0.00 | 0.00 | 0.00 |
| 11 | Concetta Crea and Michael Crea | 75,908.68 | 0.00 | 222.18 |
| 12 | Greater Northern Community Inv. Group, Inc.; Red R | 700,714.29 | 0.00 | 2,050.92 |

|  | Total to be paid for timely general unsecured claims: | $ | 2,409.30 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 250,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 19 | Christina Adams | 250,000.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 2,631.19 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4U | Pennsylvania Department of Revenue | 2,631.19 | 0.00 | 0.00 |

Total to be paid for subordinated claims:   $   0.00
Remaining balance:   $   0.00

Prepared By:   /s/Eric E. Bononi
                    Trustee

Eric E. Bononi
20 N. Pennsylvania Ave.
Greensburg, PA  15601
(724) 832-2499

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-23808-CMB
Iftikhar A Malik                                                        Chapter 7
Nasreen Malik
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: amaz                Page 1 of 3               Date Rcvd: Feb 20, 2018
                              Form ID: pdf900           Total Noticed: 59

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2018.
```
db/jdb         +Iftikhar A Malik,    Nasreen Malik,    132 Peppergrass Road,    Baden, PA 15005-2564
cr             +City and School District of Pittsburgh,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA   15219,
                 UNITED STATES OF AMERICA 15219-6101
cr             +Concetta and Michael Crea,    960 Penn Avenue,    Suite 1200,    Pittsburgh, PA 15222-3826
cr             +County of Allegheny,    Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh, PA 15219-6101
cr             +First National Bank of Pennsylvania,    c/o Donna M. Donaher, Esquire,    100 Federal Street,
                 4th Floor,    Pittsburgh, PA 15212-5708
cr             +Greater Northern Community Investment Group, Inc.,    c/o Robert O Lampl Law Office,
                 960 Penn Avenue,    Suite 1200,    Pittsburgh, PA 15222-3826
cr             +JPMorgan Chase Bank, National Association as servi,    3415 Vision Drive,
                 Columbus, OH 43219-6009
cr             +Office of Attorney General Department of Revenue,    Robert C. Edmundson,    564 Forbes Avenue,
                 Pittsburgh, PA 15219-2908
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
cr             +Pittsburgh Water and Sewer Authority,    Goehring, Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
cr             +Red Rock Collections, LLC,    c/o Robert O Lampl Law Office,    960 Penn Avenue,    Suite 1200,
                 Pittsburgh, PA 15222-3826
cr             +Woodland Hills School District,    Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh, PA 15219-6101
14335711        American Express Bank FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
14303823       +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
14303824       +Aspen Coll,    Pob 10689,    Brooksville, FL 34603-0689
14303825      #+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
14341226       +Blumling & Swartz, LLC,    c/o Robert O Lampl Law Office,    960 Penn Avenue, Suite 1200,
                 Pittsburgh, PA 15222-3826
14303832      ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
               (address filed with court: Collection Service Cen,     Attn:Collection Center,    Po Box 14931,
                 Pittsburgh, PA 15234)
14303826       +Capital One,    Po Box 30285,    Salt Lake City, UT 84130-0285
14303828        Chase Mtg,    Po Box 24696,    Columbus, OH 43224-0696
14718801        Christina Adams,    7373 Holstein Drive.,    Oakdale, PA 15071
14303829       +Citibank / Sears,    Citicard Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
14303830       +Citibank Sears,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
14303831       +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
14385905       +City and School District of Pittsburgh,    Goehring, Rutter & Boehm,
                 c/o Jeffrey R. Hunt, Esquire,    437 Grant Street, 14th Floor,    Frick Building,
                 Pittsburgh, PA 15219-6101
14303833        Comenity Bank/Express,    Po Box 18215,    Columbus, OH 43218
14303834       +Comenity Bank/nwyrk&co,    220 W Schrock Rd,    Westerville, OH 43081-2873
14341227       +Concetta Crea and Michael Crea,    c/o Robert O Lampl Law Office,    960 Penn Avenue, Suite 1200,
                 Pittsburgh, PA 15222-3826
14385907       +County of Allegheny,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14303835       +Credit First/CFNA,    Bk13 Credit Operations,    Po Box 818011,    Cleveland, OH 44181-8011
14361126       +First National Bank of Pennsylvania,    c/o Donna Donaher,    One North Shore Center,
                 12 Federal Street, 1st Floor,    Pittsburgh, PA 15212-5752
14341229       +Greater Northern Community Inv. Group, Inc.; Red R,    c/o Robert o Lampl Law Office,
                 960 Penn Avenue, Suite 1200,    Pittsburgh, PA 15222-3826
14303837       +Nissan Acceptance Co,    Pob 660366,    Dallas, TX 75266-0366
14303838       +Nissan Motor Acceptanc,    Po Box 660360,    Dallas, TX 75266-0360
14311847       +North Allegheny School District,    c/o Maiello Brungo & Maiello, LLP,
                 100 Purity Road, Suite 3,    Pittsburgh, PA 15235-4441
14303840        PNC Bank,    249 5th Sve Ste 30,    Pittsburgh, PA 15222
14303842       +PNC Bank Credit Card,    Po Box 5570,    Mailstop BR- YB58-01-5,    Cleveland, OH 44101-0570
14311845       +Penn Hills Municipality,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
                 Pittsburgh, PA 15235-4441
14311846       +Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
                 Pittsburgh, PA 15235-4441
14385909       +Pittsburgh Water & Sewer Authority,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14303841       +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
14401495       +Steel Valley School District,    c/o Legal Tax Service,    714 Lebanon Road,
                 West Mifflin, PA 15122-1030
14303846       +Target,    C/O Financial & Retail Services,    Mailstop BT PO Box 9475,
                 Minneapolis, MN 55440-9475
14303847       +Visa Dept Store National Bank,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
```

```
District/off: 0315-2           User: amaz                  Page 2 of 3                  Date Rcvd: Feb 20, 2018
                               Form ID: pdf900             Total Noticed: 59


14303848      +Wells Fargo Auto Finance,   Attn: Bankruptcy 2nd Floor,   13675 Technology Dr,
                Eden Prairie, MN 55344-2252
14385912      +Woodland Hills School District,   Goehring, Rutter & Boehm,   c/o Jeffrey R. Hunt, Esquire,
                437 Grant Street, 14th Floor,   Frick Building,   Pittsburgh, PA 15219-6101
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14303822       E-mail/Text: ebnbankruptcy@ahm.honda.com Feb 21 2018 02:41:48     American Honda Finance,
                Po Box 168088,   Irving, TX 75016
14303821      +E-mail/Text: ally@ebn.phinsolutions.com Feb 21 2018 02:40:54     Ally Financial,
                Po Box 380901,   Bloomington, MN 55438-0901
14316490       E-mail/Text: ally@ebn.phinsolutions.com Feb 21 2018 02:40:54     Ally Financial,
                PO Box 130424,   Roseville MN 55113-0004
14303827      +E-mail/Text: bk.notifications@jpmchase.com Feb 21 2018 02:41:13     Chase Auto Finance,
                National Bankruptcy Dept,   201 N Central Ave Ms Az1-1191,   Phoenix, AZ 85004-1071
14307716       E-mail/Text: mrdiscen@discover.com Feb 21 2018 02:40:55     Discover Bank,
                Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
14303836      +E-mail/Text: mrdiscen@discover.com Feb 21 2018 02:40:55     Discover Financial,   Po Box 3025,
                New Albany, OH 43054-3025
14729504      +E-mail/Text: cio.bncmail@irs.gov Feb 21 2018 02:41:05     Internal Revenue Service,
                PO Box 7346,   Philadelphia, PA 19101-7346
14303839      +E-mail/Text: bnc@nordstrom.com Feb 21 2018 02:41:01     Nordstrom Fsb,   Correspondence,
                Po Box 6555,   Englewood, CO 80155-6555
14307612      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 21 2018 02:49:55
                PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14308507       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 21 2018 02:41:31
                Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                Harrisburg, PA  17128-0946
14303843      +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2018 02:33:07     Synchrony Bank/ JC Penneys,
                Po Box 965064,   Orlando, FL 32896-5064
14303844      +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2018 02:33:07     Synchrony Bank/ Old Navy,
                Po Box 965064,   Orlando, FL 32896-5064
14303845      +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2018 02:33:07     Synchrony Bank/Lowes,
                Po Box 965064,   Orlando, FL 32896-5064
                                                                                              TOTAL: 13


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Duquesne Light Company
cr             JPMORGAN CHASE BANK, N.A.
cr             Municipality Of Penn Hills
cr             Nissan Motor Acceptance Corporation
cr*           +Blumling & Swartz, LLC,   c/o Robert O Lampl Law Office,   960 Penn Avenue,   Suite 1200,
                Pittsburgh,, PA 15222-3826
cr*            Christina Adams,   7373 Holstein Drive,   Oakdale, PA  15071
cr*           +North Allegheny School District,   c/o Maiello Brungo & Maiello, LLP,   100 Purity Road,
                Suite 3,   Pittsburgh, PA 15235-4441
cr*           +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
cr*           +Penn Hills School District,   c/o Maiello Brungo & Maiello, LLP,   100 Purity Road,   Suite 3,
                Pittsburgh, PA 15235-4441
14341228*     +Concetta Crea and Michael Crea,   c/o Robert O Lampl Law Office,   960 Penn Avenue, Suite 1200,
                Pittsburgh, PA 15222-3826
14341230*     +Greater Northern Community Inv. Group, Inc., Red R,   c/o Robert O Lampl Law Office,
                960 Penn Avenue, Suite 1200,   Pittsburgh, PA 15222-3826
                                                                                   TOTALS: 4, * 7, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2                  User: amaz                    Page 3 of 3                  Date Rcvd: Feb 20, 2018
                                      Form ID: pdf900               Total Noticed: 59
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2018 at the address(es) listed below:
              David A. Scott    on behalf of Creditor    Nissan Motor Acceptance Corporation scott@lg-law.com
              Donna M. Donaher    on behalf of Creditor    First National Bank of Pennsylvania
               donaherd@fnb-corp.com
              Eric E Bononi    on behalf of Plaintiff Eric E. Bononi bankruptcy@bononilaw.com
              Eric E. Bononi    on behalf of Trustee Eric E. Bononi bankruptcy@bononilaw.com, pa69@ecfcbis.com
              Eric E. Bononi    on behalf of Plaintiff Eric E. Bononi bankruptcy@bononilaw.com, pa69@ecfcbis.com
              Eric E. Bononi     bankruptcy@bononilaw.com, pa69@ecfcbis.com
              Franklin L. Robinson, Jr.    on behalf of Debtor Iftikhar A Malik frobi69704@aol.com,
               flrlegal@excite.com;robinsonfr66530@notify.bestcase.com
              Franklin L. Robinson, Jr.    on behalf of Joint Debtor Nasreen  Malik frobi69704@aol.com,
               flrlegal@excite.com;robinsonfr66530@notify.bestcase.com
              Ismail  Yousef    on behalf of Creditor Christina  Adams iyousef@romanowlawgroup.com
              James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Woodland Hills School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water and Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
              Jennifer L. Cerce    on behalf of Creditor    Municipality Of Penn Hills jlc@mbm-law.net
              Jennifer L. Cerce    on behalf of Creditor    North Allegheny School District jlc@mbm-law.net
              Kevin Scott Frankel    on behalf of Creditor    JPMorgan Chase Bank, National Association as
               servicer for PNC Bank, N.A. pabk@logs.com
              Kevin Scott Frankel    on behalf of Creditor     JPMorgan Chase Bank, National Association, et al
               pabk@logs.com
              Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
               larry.e.wahlquist@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Robert C. Edmundson    on behalf of Creditor    Office of Attorney General Department of Revenue
               redmundson@attorneygeneral.gov
              Robert O Lampl    on behalf of Creditor    Red Rock Collections, LLC rol@lampllaw.com,
               jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.
               com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com
              Robert O Lampl    on behalf of Creditor Concetta and Michael  Crea rol@lampllaw.com,
               jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.
               com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com
              Robert O Lampl    on behalf of Creditor    Greater Northern Community Investment Group, Inc.
               rol@lampllaw.com,
               jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.
               com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com
              Robert O Lampl    on behalf of Creditor    Blumling & Swartz, LLC rol@lampllaw.com,
               jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.
               com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Stephen J. Jurman    on behalf of Defendant Iftikhar A Malik stephen@jurmanlaw.com,
               jurmanlaw@gmail.com
              Stephen J. Jurman    on behalf of Defendant Nasreen  Malik stephen@jurmanlaw.com,
               jurmanlaw@gmail.com
                                                                                             TOTAL: 30
```