IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Iftikhar A. Malik and Nasreen Malik,<br>　　　　　　　　Debtor(s) | Bankruptcy No. 16-23808-CMB<br><br>Chapter 7 |
| Eric E. Bononi, Trustee,<br>Movant | Related to Document No. 246-249 |
| No Respondent(s) | Hearing Date & Time: Monday, March 19, 2018 at 1:30 PM |

## CERTIFICATE OF NO OBJECTION OF TRUSTEE'S
## FINAL REPORT AND APPLICATIONS FOR COMPENSATION

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Trustee's Final Report and Applications for Compensation filed on February 16, 2018 and February 19, 2018 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Trustee's Final Report and Applications for Compensation appears thereon. Pursuant to the Notice of Hearing, objections to the Trustee's Final Report and Applications for Compensation were to be filed and served no later than March 15, 2018.

It is hereby respectfully requested that the Orders attached to the Trustee's Final Report and Applications for Compensation be entered by the Court.

DATE: March 16, 2018

Respectfully submitted,

 /s/ Eric E. Bononi
Eric E. Bononi, Esquire
20 N. Pennsylvania Ave, Suite 201
Greensburg, PA  15601-2337
bankruptcy@bononilaw.com
(724) 832-2499
PA ID# 44730