UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No.: 16-23808-CMB |
| | : |
| Iftikhar A. Malik and Nasreen Malik, | : Chapter 7 |
| Debtor | : Related to: |
| Eric E. Bononi, Trustee for the Bankruptcy Estate | : Document No.: __246__ |
| of Iftikhar A. Malik and Nasreen Malik, | : |
| | : Hearing Date and Time: |
| Movant | : |
| v. | : **ENTERED BY DEFAULT** |
| No Respondents | : |

ORDER OF DISTRIBUTION

Upon consideration of the Trustee's Final Report and Proposed Distribution, the Trustee, Eric E. Bononi, Esquire, is hereby ordered and directed to (i) distribute to the parties in interest listed in the Proposed Distribution, estate monies in the amounts indicated in such Proposed Distribution, within ten (10) days after the appeal period for this order expires, and (ii) transmit to the United States Trustee, within one hundred twenty (120) days after the appeal period for this order expires, statements for all estate deposit or investment accounts indicating zero balances and all cancelled checks corresponding to disbursements of estate funds as shown in the Trustee's Proposed Distribution. In the event that the Trustee is notified that a debt for which a valid Proof of Claim was filed has been otherwise satisfied, either in full or in part, and the funds paid to any such creditor are returned to the Trustee, the Trustee may distribute the funds so returned in the same manner as approved by this Order, except that the Trustee shall not distribute any funds in connection with the claim with regard to which said funds have been returned to the Trustee.

Prepared by: Eric E. Bononi, Esquire

Dated: March 19, 2018

_United States Bankruptcy Judge_    kmt

FILED
3/19/18 9:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 16-23808-CMB
Case Name: MALIK, IFTIKHAR A
Trustee Name: Eric E. Bononi

**Balance on hand:**    $    61,974.20

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Nissan Acceptance Co | 6,281.71 | 0.00 | 0.00 | 0.00 |
| 2 | Nissan Acceptance Co | 6,605.40 | 0.00 | 0.00 | 0.00 |
| 5 | Penn Hills Municipality | 2,727.98 | 2,727.98 | 0.00 | 2,727.98 |
| 6 | Penn Hills School District | 7,601.85 | 7,601.85 | 0.00 | 7,601.85 |
| 7 | North Allegheny School District | 9,748.08 | 0.00 | 0.00 | 0.00 |
| 8 | Ally Financial | 14,311.09 | 0.00 | 0.00 | 0.00 |
| 13 | First National Bank of Pennsylvania | 189,921.28 | 0.00 | 0.00 | 0.00 |
| 14 | City and School District of Pittsburgh | 46,362.76 | 0.00 | 0.00 | 0.00 |
| 15 | County of Allegheny | 22,680.00 | 0.00 | 0.00 | 0.00 |
| 16 | Pittsburgh Water & Sewer Authority | 7,921.67 | 0.00 | 0.00 | 0.00 |
| 17 | Woodland Hills School District | 1,860.17 | 0.00 | 0.00 | 0.00 |
| 18 | Steel Valley School District | 6,939.79 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:    $    10,329.83
Remaining balance:    $    51,644.37

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Eric E. Bononi | 10,232.55 | 0.00 | 10,232.55 |
| Attorney for Trustee, Fees - Eric E. Bononi, Esquire | 3,000.00 | 0.00 | 3,000.00 |
| Attorney for Trustee, Expenses - Eric E. Bononi, Esquire | 2,250.68 | 0.00 | 2,250.68 |
| Accountant for Trustee, Fees - Charles P. Dahlmann | 4,750.00 | 0.00 | 4,750.00 |
| Charges, U.S. Bankruptcy Court | 1,255.00 | 0.00 | 1,255.00 |

**UST Form 101-7-TFR (05/1/2011)**

|  | Total to be paid for chapter 7 administration expenses: | $ | 21,488.23 |
|---|---|---|---|
|  | Remaining balance: | $ | 30,156.14 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 30,156.14 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $27,746.84 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4P | Pennsylvania Department of Revenue | 26,746.84 | 0.00 | 26,746.84 |
| 20 | Internal Revenue Service | 1,000.00 | 0.00 | 1,000.00 |

|  | Total to be paid for priority claims: | $ | 27,746.84 |
|---|---|---|---|
|  | Remaining balance: | $ | 2,409.30 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 823,157.91 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Discover Bank | 2,442.76 | 0.00 | 7.15 |
| 9 | American Express Bank FSB | 44,092.18 | 0.00 | 129.05 |
| 10 | Blumling & Swartz, LLC | 0.00 | 0.00 | 0.00 |
| 11 | Concetta Crea and Michael Crea | 75,908.68 | 0.00 | 222.18 |
| 12 | Greater Northern Community Inv. Group, Inc.; Red R | 700,714.29 | 0.00 | 2,050.92 |

**UST Form 101-7-TFR (05/1/2011)**

|  | Total to be paid for timely general unsecured claims: | $ | 2,409.30 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 250,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 19 | Christina Adams | 250,000.00 | 0.00 | 0.00 |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 2,631.19 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4U | Pennsylvania Department of Revenue | 2,631.19 | 0.00 | 0.00 |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Iftikhar A Malik
Nasreen Malik
    Debtors

Case No. 16-23808-CMB
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: kthe      Page 1 of 2      Date Rcvd: Mar 19, 2018
                     Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2018.
db/jdb        +Iftikhar A Malik,    Nasreen Malik,    132 Peppergrass Road,    Baden, PA 15005-2564

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2018                                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2018 at the address(es) listed below:
           David A. Scott     on behalf of Creditor    Nissan Motor Acceptance Corporation scott@lg-law.com
           Donna M. Donaher     on behalf of Creditor    First National Bank of Pennsylvania
             donaherd@fnb-corp.com
           Eric E Bononi     on behalf of Plaintiff Eric E. Bononi bankruptcy@bononilaw.com
           Eric E. Bononi     on behalf of Plaintiff Eric E. Bononi bankruptcy@bononilaw.com,  pa69@ecfcbis.com
           Eric E. Bononi     bankruptcy@bononilaw.com,  pa69@ecfcbis.com
           Eric E. Bononi     on behalf of Trustee Eric E. Bononi bankruptcy@bononilaw.com,  pa69@ecfcbis.com
           Franklin L. Robinson, Jr.     on behalf of Joint Debtor Nasreen Malik frobi69704@aol.com,
             flrlegal@excite.com;robinsonfr66530@notify.bestcase.com
           Franklin L. Robinson, Jr.     on behalf of Debtor Iftikhar A Malik frobi69704@aol.com,
             flrlegal@excite.com;robinsonfr66530@notify.bestcase.com
           Ismail Yousef     on behalf of Creditor Christina Adams iyousef@romanowlawgroup.com
           James Warmbrodt     on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
           Jeffrey R. Hunt     on behalf of Creditor    Woodland Hills School District jhunt@grblaw.com,
             cnoroski@grblaw.com
           Jeffrey R. Hunt     on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
             cnoroski@grblaw.com
           Jeffrey R. Hunt     on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
             cnoroski@grblaw.com
           Jeffrey R. Hunt     on behalf of Creditor    Pittsburgh Water and Sewer Authority jhunt@grblaw.com,
             cnoroski@grblaw.com
           Jennifer L. Cerce     on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
           Jennifer L. Cerce     on behalf of Creditor    Municipality Of Penn Hills jlc@mbm-law.net
           Jennifer L. Cerce     on behalf of Creditor    North Allegheny School District jlc@mbm-law.net
           Kevin Scott Frankel     on behalf of Creditor    JPMorgan Chase Bank, National Association, et al
             pabk@logs.com
           Kevin Scott Frankel     on behalf of Creditor    JPMorgan Chase Bank, National Association as
             servicer for PNC Bank, N.A. pabk@logs.com
           Larry E. Wahlquist     on behalf of U.S. Trustee    Office of the United States Trustee
             larry.e.wahlquist@usdoj.gov
           Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
           Peter J. Ashcroft     on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
             ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
           Robert C. Edmundson     on behalf of Creditor    Office of Attorney General Department of Revenue
             redmundson@attorneygeneral.gov
           Robert O Lampl     on behalf of Creditor Concetta and Michael Crea rol@lampllaw.com,
             jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.
             com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com

```
District/off: 0315-2          User: kthe              Page 2 of 2              Date Rcvd: Mar 19, 2018
                              Form ID: pdf900         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Robert O Lampl    on behalf of Creditor    Greater Northern Community Investment Group, Inc.
         rol@lampllaw.com,
         jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com

        Robert O Lampl    on behalf of Creditor    Blumling & Swartz, LLC rol@lampllaw.com,
         jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com

        Robert O Lampl    on behalf of Creditor    Red Rock Collections, LLC rol@lampllaw.com,
         jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com

        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
         srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

        Stephen J. Jurman    on behalf of Defendant Iftikhar A Malik stephen@jurmanlaw.com,
         jurmanlaw@gmail.com

        Stephen J. Jurman    on behalf of Defendant Nasreen  Malik stephen@jurmanlaw.com,
         jurmanlaw@gmail.com

                                                                                           TOTAL: 30