IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No.: 16-23808-CMB |
| | : | |
| Iftikhar A. Malik and Nasreen Malik, | : | Chapter 7 |
| Debtors | : | |
| | : | Related to: |
| Eric E. Bononi, Trustee for the Bankruptcy Estate | : | Document No.: __247__ |
| of Iftikhar A. Malik and Nasreen Malik, | : | |
| | : | Hearing Date and Time: |
| Movant | : | |
| v. | : | **ENTERED BY DEFAULT** |
| Iftikhar A. Malik and Nasreen Malik, | : | |
| Respondents | : | |

### ORDER OF COURT

AND NOW, this __19th__ day of __March__, 2018, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $10,232.55 is reasonable compensation for the services in this case by Eric E. Bononi, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $0.00 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

By the Court,

_Carlota M. Böhm_    **kmt**
United States Bankruptcy Judge

FILED
3/19/18 9:03 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Iftikhar A Malik
Nasreen Malik
    Debtors

Case No. 16-23808-CMB
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2       User: kthe       Page 1 of 2       Date Rcvd: Mar 19, 2018
                     Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2018.
db/jdb       +Iftikhar A Malik,   Nasreen Malik,   132 Peppergrass Road,   Baden, PA 15005-2564

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2018                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2018 at the address(es) listed below:

          David A. Scott   on behalf of Creditor   Nissan Motor Acceptance Corporation scott@lg-law.com
          Donna M. Donaher   on behalf of Creditor   First National Bank of Pennsylvania
           donaherd@fnb-corp.com
          Eric E Bononi   on behalf of Plaintiff Eric E. Bononi bankruptcy@bononilaw.com
          Eric E. Bononi   on behalf of Plaintiff Eric E. Bononi bankruptcy@bononilaw.com, pa69@ecfcbis.com
          Eric E. Bononi   bankruptcy@bononilaw.com, pa69@ecfcbis.com
          Eric E. Bononi   on behalf of Trustee Eric E. Bononi bankruptcy@bononilaw.com, pa69@ecfcbis.com
          Franklin L. Robinson, Jr.   on behalf of Joint Debtor Nasreen Malik frobi69704@aol.com,
           flrlegal@excite.com;robinsonfr66530@notify.bestcase.com
          Franklin L. Robinson, Jr.   on behalf of Debtor Iftikhar A Malik frobi69704@aol.com,
           flrlegal@excite.com;robinsonfr66530@notify.bestcase.com
          Ismail Yousef   on behalf of Creditor Christina Adams iyousef@romanowlawgroup.com
          James Warmbrodt   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
          Jeffrey R. Hunt   on behalf of Creditor   Woodland Hills School District jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt   on behalf of Creditor   County of Allegheny jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt   on behalf of Creditor   City and School District of Pittsburgh jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt   on behalf of Creditor   Pittsburgh Water and Sewer Authority jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jennifer L. Cerce   on behalf of Creditor   Penn Hills School District jlc@mbm-law.net
          Jennifer L. Cerce   on behalf of Creditor   Municipality Of Penn Hills jlc@mbm-law.net
          Jennifer L. Cerce   on behalf of Creditor   North Allegheny School District jlc@mbm-law.net
          Kevin Scott Frankel   on behalf of Creditor   JPMorgan Chase Bank, National Association, et al
           pabk@logs.com
          Kevin Scott Frankel   on behalf of Creditor   JPMorgan Chase Bank, National Association as
           servicer for PNC Bank, N.A. pabk@logs.com
          Larry E. Wahlquist   on behalf of U.S. Trustee   Office of the United States Trustee
           larry.e.wahlquist@usdoj.gov
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Robert C. Edmundson   on behalf of Creditor   Office of Attorney General Department of Revenue
           redmundson@attorneygeneral.gov
          Robert O Lampl   on behalf of Creditor Concetta and Michael Crea rol@lampllaw.com,
           jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com

```
District/off: 0315-2           User: kthe                  Page 2 of 2              Date Rcvd: Mar 19, 2018
                               Form ID: pdf900             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Robert O Lampl    on behalf of Creditor    Greater Northern Community Investment Group, Inc. rol@lampllaw.com,
        jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com

        Robert O Lampl    on behalf of Creditor    Blumling & Swartz, LLC rol@lampllaw.com,
        jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com

        Robert O Lampl    on behalf of Creditor    Red Rock Collections, LLC rol@lampllaw.com,
        jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com

        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

        Stephen J. Jurman    on behalf of Defendant Iftikhar A Malik stephen@jurmanlaw.com, jurmanlaw@gmail.com

        Stephen J. Jurman    on behalf of Defendant Nasreen  Malik stephen@jurmanlaw.com, jurmanlaw@gmail.com

        TOTAL: 30