IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No.: 16-23808-CMB |
| | : | |
| Iftikhar A. Malik and Nasreen Malik, | : | Chapter 7 |
|     Debtor | : | |
| | |  Related to: |
| Eric E. Bononi, Trustee for the Bankruptcy Estate | : | Document No.: __248__ |
| of Iftikhar A. Malik and Nasreen Malik, | : | |
| | : | Hearing Date and Time: |
|     Movant | : | |
| v. | : | **ENTERED BY DEFAULT** |
| Iftikhar A. Malik and Nasreen Malik, | : | |
|     Respondent | : | |

### ORDER OF COURT

AND NOW, to wit, this __19th__ day of __March__, 2018, upon consideration of the foregoing application for reasonable compensation and expenses filed by Eric E. Bononi, Counsel to the Chapter 7 Trustee, it is hereby ORDERED that Eric E. Bononi shall be awarded the sum of $3,000.00 for his professional services and $2,250.68 for his expenses in this matter.

BY THE COURT:

_Carlota M. Böhm_
UNITED STATES BANKRUPTCY JUDGE  **kmt**

FILED
3/19/18 9:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 16-23808-CMB
Iftikhar A Malik                                                    Chapter 7
Nasreen Malik
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: kthe              Page 1 of 2              Date Rcvd: Mar 19, 2018
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2018.
db/jdb        +Iftikhar A Malik,   Nasreen Malik,   132 Peppergrass Road,   Baden, PA 15005-2564

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2018                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2018 at the address(es) listed below:
              David A. Scott    on behalf of Creditor    Nissan Motor Acceptance Corporation scott@lg-law.com
              Donna M. Donaher    on behalf of Creditor    First National Bank of Pennsylvania
               donaherd@fnb-corp.com
              Eric E Bononi    on behalf of Plaintiff Eric E. Bononi bankruptcy@bononilaw.com
              Eric E. Bononi    on behalf of Plaintiff Eric E. Bononi bankruptcy@bononilaw.com,  pa69@ecfcbis.com
              Eric E. Bononi     bankruptcy@bononilaw.com,  pa69@ecfcbis.com
              Eric E. Bononi    on behalf of Trustee Eric E. Bononi bankruptcy@bononilaw.com,  pa69@ecfcbis.com
              Franklin L. Robinson, Jr.    on behalf of Joint Debtor Nasreen  Malik frobi69704@aol.com,
               flrlegal@excite.com;robinsonfr66530@notify.bestcase.com
              Franklin L. Robinson, Jr.    on behalf of Debtor Iftikhar A Malik frobi69704@aol.com,
               flrlegal@excite.com;robinsonfr66530@notify.bestcase.com
              Ismail Yousef    on behalf of Creditor Christina  Adams iyousef@romanowlawgroup.com
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Woodland Hills School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water and Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
              Jennifer L. Cerce    on behalf of Creditor    Municipality Of Penn Hills jlc@mbm-law.net
              Jennifer L. Cerce    on behalf of Creditor    North Allegheny School District jlc@mbm-law.net
              Kevin Scott Frankel    on behalf of Creditor    JPMorgan Chase Bank, National Association, et al
               pabk@logs.com
              Kevin Scott Frankel    on behalf of Creditor    JPMorgan Chase Bank, National Association as
               servicer for PNC Bank, N.A. pabk@logs.com
              Larry E. Wahlquist    on behalf of U.S. Trustee    Office of the United States Trustee
               larry.e.wahlquist@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Robert C. Edmundson    on behalf of Creditor    Office of Attorney General Department of Revenue
               redmundson@attorneygeneral.gov
              Robert O Lampl    on behalf of Creditor Concetta and Michael  Crea rol@lampllaw.com,
               jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.
               com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com

```
District/off: 0315-2          User: kthe              Page 2 of 2            Date Rcvd: Mar 19, 2018
                              Form ID: pdf900         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Robert O Lampl    on behalf of Creditor    Greater Northern Community Investment Group, Inc. rol@lampllaw.com, jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com

      Robert O Lampl    on behalf of Creditor    Blumling & Swartz, LLC rol@lampllaw.com, jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com

      Robert O Lampl    on behalf of Creditor    Red Rock Collections, LLC rol@lampllaw.com, jschemm@lampllaw.com;jlacher@lampllaw.com;dfuchs@lampllaw.com;eslagle@lampllaw.com;neish51@gmail.com;jcooney@lampllaw.com;rcooney@lampllaw.com;slampl@lampllaw.com;RossLampl@lampllaw.com

      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

      Stephen J. Jurman    on behalf of Defendant Iftikhar A Malik stephen@jurmanlaw.com, jurmanlaw@gmail.com

      Stephen J. Jurman    on behalf of Defendant Nasreen  Malik stephen@jurmanlaw.com, jurmanlaw@gmail.com

      TOTAL: 30

Case 16-23808-CMB    Doc 257    Filed 03/21/18    Entered 03/22/18 00:55:32    Desc
Imaged Certificate of Notice    Page 3 of 3