# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>MALIK, IFTIKHAR A<br>MALIK, NASREEN<br>Debtor(s)<br><br>Eric E. Bononi, Trustee<br>         Movant<br><br>             v.<br>No Respondents | § <br>§  Case No. 16-23808-CMB<br>§ <br>§  Chapter 7<br>§ <br>   Document No. |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   Eric E. Bononi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $2,202,467.00        Assets Exempt: $66,523.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $40,485.97        Claims Discharged
                                                  Without Payment: $1,236,187.80

Total Expenses of Administration: $99,165.03

---

   3) Total gross receipts of $    152,751.00   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    13,100.00  (see **Exhibit 2**), yielded net receipts of $139,651.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,462,603.00 | $322,961.78 | $10,329.83 | $10,329.83 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 119,140.03 | 99,165.03 | 99,165.03 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 37,563.54 | 27,746.84 | 27,746.84 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 167,066.00 | 1,776,503.39 | 1,075,789.10 | 2,409.30 |
| **TOTAL DISBURSEMENTS** | $1,629,669.00 | $2,256,168.74 | $1,213,030.80 | $139,651.00 |

4)  This case was originally filed under Chapter 13 on October 10, 2016 and it was converted to Chapter 7 on November 15, 2016. The case was pending for 19 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/05/2018          By: /s/Eric E. Bononi
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 125 Brosville Street, Pittsburgh, PA 15203-0000, | 1110-000 | 25,000.00 |
| 125 1/2 Brosville Street, Pittsburgh, PA 15203 | 1110-000 | 25,000.00 |
| 126 Brosville Street, Pittsburgh, PA 15203-0000, | 1110-000 | 25,000.00 |
| 127 Brosville Street, Pittsburgh, PA 15203-0000, | 1110-000 | 25,000.00 |
| Malik Enterprises, 100% ownership | 1129-000 | 1,000.00 |
| Malik Food, 100% ownership | 1129-000 | 25,000.00 |
| 2004 Toyota 4 Runner, 150,000 miles. Entire prop | 1129-000 | 1,251.00 |
| 209 Jucunda Street, Pittsburgh, PA 15210 | 1110-000 | 5,000.00 |
| 318 Jucunda Street, Pittsburgh, PA 15210 | 1110-000 | 2,500.00 |
| 7522 Elk Road, Pittsburgh, PA 15235 | 1110-000 | 2,500.00 |
| 38 Prospect Avenue, Turtle Creek, PA 15145 | 1110-000 | 1,000.00 |
| 27 Oakmont Avenue, Duquesne, PA 15110 | 1110-000 | 1,500.00 |
| 817 Catherine Street, Duquesne, PA 15110 | 1110-000 | 500.00 |
| Vacant Lot in Coraopolis | 1210-000 | 12,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$152,751.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Iftikhar Malik | Debtors Exemptions | 8100-002 | 13,100.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$13,100.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Nissan Acceptance Co | 4210-000 | 6,862.00 | 6,281.71 | 0.00 | 0.00 |
| 2 | Nissan Acceptance Co | 4210-000 | 7,345.00 | 6,605.40 | 0.00 | 0.00 |
| 5 | Penn Hills Municipality | 4700-000 | N/A | 2,727.98 | 2,727.98 | 2,727.98 |
| 6 | Penn Hills School District | 4700-000 | N/A | 7,601.85 | 7,601.85 | 7,601.85 |
| 7 | North Allegheny School District | 4700-000 | N/A | 9,748.08 | 0.00 | 0.00 |
| 8 | Ally Financial | 4110-000 | 14,765.00 | 14,311.09 | 0.00 | 0.00 |
| 13 | First National Bank of Pennsylvania | 4110-000 | N/A | 189,921.28 | 0.00 | 0.00 |
| 14 | City and School District of Pittsburgh | 4700-000 | N/A | 46,362.76 | 0.00 | 0.00 |
| 15 | County of Allegheny | 4700-000 | N/A | 22,680.00 | 0.00 | 0.00 |
| 16 | Pittsburgh Water & Sewer Authority | 4120-000 | N/A | 7,921.67 | 0.00 | 0.00 |
| 17 | Woodland Hills School District | 4700-000 | N/A | 1,860.17 | 0.00 | 0.00 |
| 18 | Steel Valley School District | 4110-000 | N/A | 6,939.79 | 0.00 | 0.00 |
| NOTFILED | Chase Mtg | 4110-000 | 689,735.00 | N/A | N/A | 0.00 |
| NOTFILED | PNC Bank Credit Card | 4110-000 | 743,896.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,462,603.00** | **$322,961.78** | **$10,329.83** | **$10,329.83** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Eric E. Bononi | 2100-000 | N/A | 10,232.55 | 10,232.55 | 10,232.55 |
| Attorney for Trustee Expenses (Trustee Firm) - Eric E. Bononi, Esquire | 3120-000 | N/A | 2,250.68 | 2,250.68 | 2,250.68 |
| Attorney for Trustee Fees (Trustee Firm) - Eric E. Bononi, Esquire | 3110-000 | N/A | 22,975.00 | 3,000.00 | 3,000.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) - CLERK, | 2700-000 | N/A | 1,255.00 | 1,255.00 | 1,255.00 |
| Other - Charles P. Dahlmann | 3410-000 | N/A | 4,750.00 | 4,750.00 | 4,750.00 |
| Other - Lampl Settlement Services | 2500-000 | N/A | 65,650.00 | 65,650.00 | 65,650.00 |
| Other - Lampl Settlement Services | 2500-000 | N/A | 3,000.00 | 3,000.00 | 3,000.00 |
| Other - Lampl Settlement Services | 2500-000 | N/A | 8,000.00 | 8,000.00 | 8,000.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 32.86 | 32.86 | 32.86 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 77.24 | 77.24 | 77.24 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 69.35 | 69.35 | 69.35 |
| Other - Lampl Settlement Services | 2500-000 | N/A | 175.00 | 175.00 | 175.00 |
| Other - Lampl Settlement Services | 2820-000 | N/A | 217.50 | 217.50 | 217.50 |
| Other - Lampl Settlement Services | 2500-000 | N/A | 209.10 | 209.10 | 209.10 |
| Other - Lampl Settlement Services | 2500-000 | N/A | 147.00 | 147.00 | 147.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 88.75 | 88.75 | 88.75 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $119,140.03 | $99,165.03 | $99,165.03 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4P | Pennsylvania Department of Revenue | 5800-000 | N/A | 26,746.84 | 26,746.84 | 26,746.84 |
| 20 | Internal Revenue Service | 5800-000 | N/A | 10,816.70 | 1,000.00 | 1,000.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $37,563.54 | $27,746.84 | $27,746.84 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Discover Bank | 7100-000 | 4,258.00 | 2,442.76 | 2,442.76 | 7.15 |
| 4U | Pennsylvania Department of Revenue | 7300-000 | N/A | 2,631.19 | 2,631.19 | 0.00 |
| 9 | American Express Bank FSB | 7100-000 | N/A | 44,092.18 | 44,092.18 | 129.05 |
| 10 | Blumling & Swartz, LLC | 7100-000 | N/A | 700,714.29 | 0.00 | 0.00 |
| 11 | Concetta Crea and Michael Crea | 7100-000 | N/A | 75,908.68 | 75,908.68 | 222.18 |
| 12 | Greater Northern Community Inv. Group, Inc.; Red R | 7100-000 | N/A | 700,714.29 | 700,714.29 | 2,050.92 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | Christina Adams | 7200-000 | N/A | 250,000.00 | 250,000.00 | 0.00 |
| NOTFILED | Citibank/The Home Depot | 7100-000 | 8,322.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Auto Finance | 7100-000 | 5,868.00 | N/A | N/A | 0.00 |
| NOTFILED | Collection Service Cen | 7100-000 | 158.00 | N/A | N/A | 0.00 |
| NOTFILED | Collection Service Cen | 7100-000 | 80.00 | N/A | N/A | 0.00 |
| NOTFILED | PNC Bank Credit Card | 7100-000 | 100,019.00 | N/A | N/A | 0.00 |
| NOTFILED | Discover Financial | 7100-000 | 5,234.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 35,135.00 | N/A | N/A | 0.00 |
| NOTFILED | Aspen Coll | 7100-000 | 7,992.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $167,066.00 | $1,776,503.39 | $1,075,789.10 | $2,409.30 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 16-23808-CMB
**Case Name:** MALIK, IFTIKHAR A
              MALIK, NASREEN
**Period Ending:** 06/05/18

**Trustee:** (580760) Eric E. Bononi
**Filed (f) or Converted (c):** 11/15/16 (c)
**§341(a) Meeting Date:** 12/16/16
**Claims Bar Date:** 03/16/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 132 Peppergrass Road, Baden, PA 15005-0000, Alle | 1,500,000.00 | 0.00 | | 0.00 | FA |
| 2 | 575 Princeton Blvd, Pittsburgh, PA 15221-0000, A | 15,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | 5402 Broad Street, Pittsburgh, PA 15206-0000, Al | 25,000.00 | 0.00 | | 0.00 | FA |
| 4 | 535 W. 8th Avenue, Homestead, PA 15120-0000, All | 10,000.00 | 0.00 | | 0.00 | FA |
| 5 | 125 Brosville Street, Pittsburgh, PA 15203-0000,<br>Report of Sale filed at doc. 148. | Unknown | 25,000.00 | | 25,000.00 | FA |
| 6 | 125 1/2 Brosville Street, Pittsburgh, PA 15203<br>This Asset is considered as 125 1/2 Brosville Street and is different then Asset 5. Report of Sale filed at doc. 148 | Unknown | 25,000.00 | | 25,000.00 | FA |
| 7 | Pius Street, Pittsburgh, PA 15203-0000, Alleghen | Unknown | 0.00 | | 0.00 | FA |
| 8 | 126 Brosville Street, Pittsburgh, PA 15203-0000,<br>Report of Sale filed at doc. 148 | Unknown | 25,000.00 | | 25,000.00 | FA |
| 9 | 127 Brosville Street, Pittsburgh, PA 15203-0000,<br>Report of Sale filed at doc. 148 | Unknown | 25,000.00 | | 25,000.00 | FA |
| 10 | 108 Madonna Street, Pittsburgh, PA 15221-0000, A<br>Abandoned at doc. 205 | 50,000.00 | 0.00 | OA | 0.00 | FA |
| 11 | Cash | 200.00 | 0.00 | | 0.00 | FA |
| 12 | checking: PNC Bank | 700.00 | 0.00 | | 0.00 | FA |
| 13 | Household goods, furniture, kitchenware | 8,500.00 | 0.00 | | 0.00 | FA |
| 14 | personal apparel | 800.00 | 0.00 | | 0.00 | FA |
| 15 | rings | 2,500.00 | 0.00 | | 0.00 | FA |
| 16 | one pistol | 250.00 | 0.00 | | 0.00 | FA |
| 17 | MSSH Enterprises, 100% ownership | Unknown | 0.00 | | 0.00 | FA |
| 18 | Malik Enterprises, 100% ownership<br>Proceeds came from Adversary # 17-02020-CMB | 0.00 | 1,000.00 | | 1,000.00 | FA |
| 19 | Malik Food, 100% ownership<br>Proceeds came from Adversary # 17-02020-CMB | 0.00 | 25,000.00 | | 25,000.00 | FA |
| 20 | Shawn Malik, Inc., 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 21 | 2003 Mercedes S 500, 90000 miles. Entire propert | 1,899.00 | 0.00 | | 0.00 | FA |

## Form 1

### Individual Estate Property Record and Report
### Asset Cases

Page: 2

**Case Number:** 16-23808-CMB  
**Case Name:** MALIK, IFTIKHAR A  
MALIK, NASREEN  
**Period Ending:** 06/05/18

**Trustee:** (580760) Eric E. Bononi  
**Filed (f) or Converted (c):** 11/15/16 (c)  
**§341(a) Meeting Date:** 12/16/16  
**Claims Bar Date:** 03/16/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 22 | 2004 Toyota 4 Runner, 150,000 miles. Entire prop<br>Report of Sale filed at doc. 185 | 4,178.00 | 1,251.00 | | 1,251.00 | FA |
| 23 | 2003 Lincoln Navigator, 95,000 miles. Entire pro | 3,348.00 | 0.00 | | 0.00 | FA |
| 24 | 2013 Nissan Rogue, 36000 miles. Entire property | 11,165.00 | 0.00 | | 0.00 | FA |
| 25 | 2013 Toyota RAV 4, 78000 miles. Entire property | 11,480.00 | 0.00 | | 0.00 | FA |
| 26 | Mortgage from Blumling & Swartz LLC, Allegheny C | 550,000.00 | 0.00 | | 0.00 | FA |
| 27 | 4015 Vinceton Street, Pittsburgh, PA 15214 | Unknown | 0.00 | | 0.00 | FA |
| 28 | 209 Jucunda Street, Pittsburgh, PA 15210<br>Report of Sale filed at doc. 201 | 25,000.00 | 5,000.00 | | 5,000.00 | FA |
| 29 | 318 Jucunda Street, Pittsburgh, PA 15210<br>Report of Sale filed at doc. 201 | 20,000.00 | 2,500.00 | | 2,500.00 | FA |
| 30 | 7522 Elk Road, Pittsburgh, PA 15235<br>Report of Sale filed at doc. 201 | 35,000.00 | 2,500.00 | | 2,500.00 | FA |
| 31 | 38 Prospect Avenue, Turtle Creek, PA 15145<br>Report of Sale filed at doc. 201 | Unknown | 1,000.00 | | 1,000.00 | FA |
| 32 | 27 Oakmont Avenue, Duquesne, PA 15110<br>Report of Sale filed at doc. 201 | 15,000.00 | 1,500.00 | | 1,500.00 | FA |
| 33 | 817 Catherine Street, Duquesne, PA 15110<br>Report of Sale filed at doc. 201 | 15,000.00 | 500.00 | | 500.00 | FA |
| 34 | Vacant Lot in Coraopolis (u)<br>Report of Sale filed at doc. 147 | 0.00 | 12,500.00 | | 12,500.00 | FA |
| 35 | 24 Revere Way, Pittsburgh, PA 15219 (u)<br>Abandoned at doc. 203 | 0.00 | 0.00 | OA | 0.00 | FA |
| 36 | 26 Revere Way, Pittsburgh, PA 15219 (u)<br>Abandoned at doc. 203 | 0.00 | 0.00 | OA | 0.00 | FA |
| 37 | 2012 Nissan Altima VIN 6384 (u) | 9,625.00 | 0.00 | | 0.00 | FA |
| 38 | PNC Safe Deposit Box (u) | 0.00 | 0.00 | | 0.00 | FA |
| 39 | Savings: PNC Bank (u)<br>Unscheduled bank account | 2,000.00 | 0.00 | | 0.00 | FA |
| **39** | **Assets   Totals** (Excluding unknown values) | **$2,316,645.00** | **$152,751.00** | | **$152,751.00** | **$0.00** |

Printed: 06/05/2018 08:38 AM    V.14.03

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-23808-CMB  
**Case Name:** MALIK, IFTIKHAR A  
MALIK, NASREEN  
**Period Ending:** 06/05/18  

**Trustee:** (580760) Eric E. Bononi  
**Filed (f) or Converted (c):** 11/15/16 (c)  
**§341(a) Meeting Date:** 12/16/16  
**Claims Bar Date:** 03/16/17  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

TDR  
Awaiting -0- Balance  
26K O/S Check  
Will need a motion to extend time on the TDR in July  
Stopped and reissued check.  
await 0 balance statement  
Pay distribution on Mar. 29, 2018  
NFR hearing 3/19/18 at 1:30pm. CNO 3/15  
TFR 11/27/17  
Notice of Intent to Abandon - CNO Nov 3rd Need to file Additional Motion  
Hearing on App. for Comp. for Dahlmann is 11/7/17 at 1:30 pm. CNO due 11/1/17  
Hearing on Amended Order 10/17 1:30 pm  
Need Closing Date  
Need Report of Sale  
Motion to Sell Combined Property CNO 8/30 Hearing 9/12 1:30 Ads emailed  
Ads placed Auto and Real Estate  
Motion to Sell Property CNO 8/10 Hearing 8/22 1:30 PPG 7/24  
Motion to Sell Vehicle CNO 8/1 Hearing 8/22 1:30 BCLJ 7/29  
CNO - 7/13  7/20 1:30 pm Hearing on Motion to approve settlement- Order Signed  
Call Chuck Dahlman - Need him to show condo  
Order Granted- 8/15 for filing complaint objecting to discharge  
need Ads - EEB contact Atty- Need Keys from Chuck  
Sale of Prop - Junk Drop - Escrow Monies  
Turn over motion of escrow funds - Bob Koehler - John Auld  
Escrow Money - Ads - File -EASI  
Hearings on Motions to Sell on 5/15/17 at 1:30pm. CNO due 5/4/17  
Attorney has until 4/22/17 to get us money  
Need to file sales motions  
Advertise in Allegheny.  
File the sales motions  
Need sales motions  
Put properties on EASI  
corey to file default judgment after 2/24/17  
Get Chuck employed  
Selection of Mediator is to be before 2/15/17  
Mediation to take place no later than 3/27/17

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 4

**Case Number:** 16-23808-CMB  
**Case Name:** MALIK, IFTIKHAR A  
MALIK, NASREEN  
**Period Ending:** 06/05/18

**Trustee:** (580760) Eric E. Bononi  
**Filed (f) or Converted (c):** 11/15/16 (c)  
**§341(a) Meeting Date:** 12/16/16  
**Claims Bar Date:** 03/16/17

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br><u>Abandoned</u><br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

Status conference is 4/10/17 at 2:30pm  
If there is still a dispute, evidentiary hearing is 5/3/17 at 10am  
Answers due 2/24/17 on the complaint  
Call Zappa and appoint realtor  
341 Hearing on Friday, January 13, 2017

**Initial Projected Date Of Final Report (TFR):** December 31, 2017    **Current Projected Date Of Final Report (TFR):** November 27, 2017 (Actual)

_____  
June 5, 2018  
Date

/s/ Eric E. Bononi  
_____  
Eric E. Bononi

Printed: 06/05/2018 08:38 AM    V.14.03

Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 16-23808-CMB | **Trustee:** | Eric E. Bononi (580760) | |
| **Case Name:** | MALIK, IFTIKHAR A | **Bank Name:** | Rabobank, N.A. | |
| | MALIK, NASREEN | **Account:** | ******6566 - Checking Account | |
| **Taxpayer ID #:** | **-***2995 | **Blanket Bond:** | $10,024,323.00 (per case limit) | |
| **Period Ending:** | 06/05/18 | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/29/17 | | Lampl Settlement Services | Closing Proceeds on Pittsburgh Lots. Order Granted at docket 137. Check received 6/28/17. Check dated 6/28/17 | | 10,000.00 | | 10,000.00 |
| | {5} | | Gross Proceeds on 1st Lot    25,000.00 | 1110-000 | | | 10,000.00 |
| | {6} | | Gross Proceeds on Second Lot    25,000.00 | 1110-000 | | | 10,000.00 |
| | {8} | | Gross Proceeds on third lot    25,000.00 | 1110-000 | | | 10,000.00 |
| | {9} | | Gross Proceeds on 4th lot    25,000.00 | 1110-000 | | | 10,000.00 |
| | | | Credit Bid    -65,650.00 | 2500-000 | | | 10,000.00 |
| | | | Closing Costs    -3,000.00 | 2500-000 | | | 10,000.00 |
| | | Eric E. Bononi, Esquire | Cash to Trustee to put    -8,250.00 towards his Trustee and Attorney Fees | 3110-000 | | | 10,000.00 |
| | | Iftikhar Malik | Debtors Exemptions    -13,100.00 | 8100-002 | | | 10,000.00 |
| 06/29/17 | | Lampl Settlement Services | Cash to the Trustee to put towards his Trustee and Attorney Fees from sale of Pittsburgh Lots. Order Granted at doc. 137. Check received 06/28/17. Check dated 06/28/17 | 3110-000 | | -8,250.00 | 18,250.00 |
| 06/29/17 | | Lampl Settlement Services | Closing Proceeds on Coraopolis. Order granted at doc. 135. Check received 06/28/17. Check dated 06/28/17. | | 2,500.00 | | 20,750.00 |
| | {34} | | Gross Proceeds    12,500.00 | 1210-000 | | | 20,750.00 |
| | | | Credit Bid    -8,000.00 | 2500-000 | | | 20,750.00 |
| | | Eric E. Bononi, Esquire | Cash to Trustee to use    -2,000.00 towards his Trustee and Attorney Fees. | 3110-000 | | | 20,750.00 |
| 06/29/17 | | Lampl Settlement Services | Cash paid to Trustee to use towards his Trustee and Attorney Fees for Coraopolis. Order Granted at doc. 135. Check received 06/28/17. Check dated 06/28/17 | 3110-000 | | -2,000.00 | 22,750.00 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 22,740.00 |
| 07/28/17 | | Auld Miller LLC | Escrow release per court order at doc. 153 check dated 7-20-17 received 7-28-17 | | 26,000.00 | | 48,740.00 |
| | {19} | | Funds held in escrow for    25,000.00 the Corporate Clearance Certificate | 1129-000 | | | 48,740.00 |

Subtotals :    $38,500.00    $-10,240.00

{} Asset reference(s)    Printed: 06/05/2018 08:38 AM    V.14.03

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 16-23808-CMB | **Trustee:** Eric E. Bononi (580760) |
| **Case Name:** MALIK, IFTIKHAR A | **Bank Name:** Rabobank, N.A. |
| MALIK, NASREEN | **Account:** ******6566 - Checking Account |
| **Taxpayer ID #:** **-***2995 | **Blanket Bond:** $10,024,323.00 (per case limit) |
| **Period Ending:** 06/05/18 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | {18} | | Funds held in escrow for the Corporate Clearance certificate | 1,000.00 | 1129-000 | | | 48,740.00 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 32.86 | 48,707.14 |
| 08/28/17 | {22} | Bahram Panahiazar | Sale of Toyota 4 Runner. Order granted at doc. 177. Check dated 8-27-17 received and deposited 8-28-17 | | 1129-000 | 1,251.00 | | 49,958.14 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 77.24 | 49,880.90 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 69.35 | 49,811.55 |
| 10/10/17 | | Lampl Settlement Services | Sale of Properties. Order Granted at doc. 179. Check dated 10-10-17 for 9-21-17 settlement . Proceeds not released until check cleared as it was not certified. | | | 12,251.40 | | 62,062.95 |
| | {28} | | Contract Sales Price for 209 Jucunda Street | 5,000.00 | 1110-000 | | | 62,062.95 |
| | {29} | | Contract Sales Price for 318 Jucunda Street | 2,500.00 | 1110-000 | | | 62,062.95 |
| | {31} | | Contract Sales Price for 38 Prospect Avenue | 1,000.00 | 1110-000 | | | 62,062.95 |
| | {30} | | Contract Sales Price for 7522 Elk Road | 2,500.00 | 1110-000 | | | 62,062.95 |
| | {32} | | Contract Sales Price for 27 Oakmont Avenue | 1,500.00 | 1110-000 | | | 62,062.95 |
| | {33} | | Contract Sales Price for 817 Catherine Street | 500.00 | 1110-000 | | | 62,062.95 |
| | | | Settlement or Closing Fee to Lampl Settlement Services | -175.00 | 2500-000 | | | 62,062.95 |
| | | | City/County Tax/Stamps | -217.50 | 2820-000 | | | 62,062.95 |
| | | | Newspaper Advertising to Eric Bononi, Esq. | -209.10 | 2500-000 | | | 62,062.95 |
| | | | Legal Journal Advertising to Eric Bononi, Esq. | -147.00 | 2500-000 | | | 62,062.95 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 88.75 | 61,974.20 |
| 03/29/18 | 101 | Penn Hills Municipality | Dividend paid 100.00% on $2,727.98; Claim# 5; Filed: $2,727.98; Reference: | | 4700-000 | | 2,727.98 | 59,246.22 |
| 03/29/18 | 102 | Penn Hills School District | Dividend paid 100.00% on $7,601.85; Claim# 6; Filed: $7,601.85; Reference: | | 4700-000 | | 7,601.85 | 51,644.37 |
| 03/29/18 | 103 | Eric E. Bononi | Dividend paid 100.00% on $10,232.55, | | 2100-000 | | 10,232.55 | 41,411.82 |

Subtotals :  $13,502.40   $20,830.58

{} Asset reference(s)                                                                                                       Printed: 06/05/2018 08:38 AM    V.14.03

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 16-23808-CMB | **Trustee:** Eric E. Bononi (580760) |
| **Case Name:** MALIK, IFTIKHAR A / MALIK, NASREEN | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******6566 - Checking Account |
| **Taxpayer ID #:** **-***2995 | **Blanket Bond:** $10,024,323.00  (per case limit) |
| **Period Ending:** 06/05/18 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Trustee Compensation;  Reference: | | | | |
| 03/29/18 | 104 | Eric E. Bononi, Esquire | Dividend paid 100.00% on $2,250.68, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 2,250.68 | 39,161.14 |
| 03/29/18 | 105 | Eric E. Bononi, Esquire | Dividend paid 100.00% on $3,000.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 3,000.00 | 36,161.14 |
| 03/29/18 | 106 | CLERK, U.S. BANKRUPTCY COURT | Dividend paid 100.00% on $1,255.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 1,255.00 | 34,906.14 |
| 03/29/18 | 107 | Charles P. Dahlmann | Dividend paid 100.00% on $4,750.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 4,750.00 | 30,156.14 |
| 03/29/18 | 108 | Pennsylvania Department of Revenue | Stopped Check due to not receiving the check. ; Filed: $26,746.84; Reference: Stopped on 04/30/18 | 5800-005 | | 26,746.84 | 3,409.30 |
| 03/29/18 | 109 | Internal Revenue Service | Dividend paid 100.00% on $1,000.00; Claim# 20; Filed: $10,816.70; Reference: | 5800-000 | | 1,000.00 | 2,409.30 |
| 03/29/18 | 110 | Discover Bank | Dividend paid   0.29% on $2,442.76; Claim# 3; Filed: $2,442.76; Reference: | 7100-000 | | 7.15 | 2,402.15 |
| 03/29/18 | 111 | American Express Bank FSB | Dividend paid   0.29% on $44,092.18; Claim# 9; Filed: $44,092.18; Reference: | 7100-000 | | 129.05 | 2,273.10 |
| 03/29/18 | 112 | Concetta Crea and Michael Crea | Dividend paid   0.29% on $75,908.68; Claim# 11; Filed: $75,908.68; Reference: | 7100-000 | | 222.18 | 2,050.92 |
| 03/29/18 | 113 | Greater Northern Community Inv. Group, Inc.; Red R | Dividend paid   0.29% on $700,714.29; Claim# 12; Filed: $700,714.29; Reference: | 7100-000 | | 2,050.92 | 0.00 |
| 04/30/18 | 108 | Pennsylvania Department of Revenue | Stopped Check due to not receiving the check. ; Filed: $26,746.84; Reference: Stopped: check issued on 03/29/18 | 5800-005 | | -26,746.84 | 26,746.84 |
| 04/30/18 | 114 | Pennsylvania Department of Revenue | Reissued check due to claimant not receiving the check. | 5800-000 | | 26,746.84 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 52,002.40 | 52,002.40 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 52,002.40 | 52,002.40 | |
| | | | Less: Payments to Debtors | | | 13,100.00 | |
| | | | **NET Receipts / Disbursements** | | **$52,002.40** | **$38,902.40** | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 16-23808-CMB | | **Trustee:** | Eric E. Bononi (580760) |
|---|---|---|---|---|
| **Case Name:** | MALIK, IFTIKHAR A | | **Bank Name:** | Rabobank, N.A. |
| | MALIK, NASREEN | | **Account:** | ******6566 - Checking Account |
| **Taxpayer ID #:** | **-***2995 | | **Blanket Bond:** | $10,024,323.00  (per case limit) |
| **Period Ending:** | 06/05/18 | | **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

```
        Net Receipts :         52,002.40
 Plus Gross Adjustments :     100,748.60
 Less Payments to Debtor :     13,100.00
                             _____
            Net Estate :     $139,651.00
```

| | | | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | | | | |
| **Checking # ******6566** | | | | 52,002.40 | 38,902.40 | 0.00 |
| | | | | $52,002.40 | $52,002.40 | $0.00 |

_____  
June 5, 2018  
Date

/s/ Eric E. Bononi  
_____  
Eric E. Bononi

{} Asset reference(s)        Printed: 06/05/2018 08:38 AM    V.14.03